# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                    Case No. 21-41019-tjt

Lightning Technologies, Inc.,             Chapter 7

            Debtor.             Judge Thomas J. Tucker

---

## SCHEDULES A THROUGH H FOR
## LIGHTNING TECHNOLOGIES, INC., CASE NO. 21-41019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 21-41019-tjt |
| Lightning Technologies, Inc., | Chapter 7 |
| Debtor. | Judge Thomas J. Tucker |

## GLOBAL NOTES, METHODOLOGY, STATEMENT OF LIMITATIONS, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES A THROUGH H

These Global Notes, Methodology, Statement of Limitations, and Disclaimers (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, Schedules A through H ("**Schedules**"). The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules.

The Schedules are filed by the Trustee, Fred J. Dery, Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Lightning Technologies, Inc., Debtor ("**Debtor**"), in the United States Bankruptcy Court for the Eastern District of Michigan (the "**Bankruptcy Court**") and were prepared with assistance from the Trustee's counsel and are unaudited. This bankruptcy case is an involuntary case in which the Debtor has failed to file Schedules pursuant to FRBP 1007, necessitating the filing of Schedules by the Trustee consistent with the request of the Office of the United States Trustee.

The Schedules do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of the Debtor (whether publicly filed or otherwise). Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment and reflect the Trustee's reasonable efforts to report the assets and liabilities of the Debtor.

In preparing the Schedules, the Trustee relied upon information derived from the Debtor's books and records available at the time of such preparation. Although the Trustee has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules. Accordingly, The Trustee reserves the right to amend the Schedules and Statement from time to time as may be necessary or appropriate.

The Trustee and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and shall not be liable for any loss or injury arising out of or caused in whole or in part by any act or omission, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules. Except as expressly required by the Bankruptcy Code, the Trustee and its agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules or to notify any third party should the information be updated, modified, revised, or re-categorized.

In reviewing and signing each of the Schedules, the Trustee has relied upon the efforts, statements, and representations through the Trustee's investigation of the Debtor's affairs since the Petition Date. The Trustee has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses. Neither the Schedules, nor the Global Notes, should be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Trustee or Debtor.

## Global Notes Overview and Methodology

1. **Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules; however, inadvertent errors or omissions may exist. The Trustee reserves all rights to amend or supplement the Schedules from time to time, in all respects, as may be necessary or appropriate (including, without limitation): (a) the right to amend the Schedules and Statement of Financial Affairs ("**Statement**"), once filed, with respect to a claim ("**Claim**") description, designation, or entity by or against which the Claim is asserted; (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statement as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" and/or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Trustee that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Trustee or the Debtor. Furthermore, nothing contained in the Schedules and Statement shall constitute a waiver of rights with respect to this Chapter 7 case, including, without limitation, issues involving Claims, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Trustee shall not be required to update the Schedules and Statement except as may be required by applicable law.

2. **Effective Date.** The Trustee has made every effort to allocate liabilities between the prepetition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules. As additional information becomes available to, and further research is conducted by, the Trustee, the allocation of liabilities between pre-petition and post-petition periods may change. Accordingly, the Trustee reserves all rights to amend, supplement, or otherwise modify its Schedules and Statement as is necessary or appropriate. Additionally, the Trustee has attempted to determine the value of its assets and liabilities as of or close to the petition date of February 5, 2021.

3. **Net Book Value of Assets.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Trustee to obtain current market valuations for each of its assets. Indeed the Trustee has no independent knowledge of the current market value of each category of the Debtor's assets as of the Petition Date and the Debtor's books and records do not have detailed supporting information. Furthermore, as applicable, some assets that have fully depreciated or were expensed for accounting purposes may not be reflected in the Schedules as they have no net book value. The Trustee reserves the right to amend or adjust the value of each asset or liability set forth in the Schedules.

4. **Recharacterization.** Notwithstanding the Trustee's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, post-employment benefits, and other items reported in the Schedules, the Trustee may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Trustee reserves all rights to recharacterize, reclassify, recategorize, re-designate, add, or delete items reported in the Schedules at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition. Disclosure of information in one or more Schedules, one or more Statement questions, or one or more exhibits or attachments to the Schedules and Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statement, exhibits, or attachments.

5. **Secured Claims.** Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Trustee reserves the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on the Schedules and Statement. Moreover, although the Trustee may have scheduled claims of various creditors as secured claims, except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Trustee reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens in connection with any secured claim.

6. **Liabilities.** Certain assets and liabilities listed on the Schedules do not reflect any analysis of Claims under Bankruptcy Code section 503(b)(9). Accordingly, the Trustee reserves all rights to dispute or challenge the validity of any asserted Claims under Bankruptcy Code section 503(b)(9) or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

7. **Insiders.** For the purposes of the Schedules and Statement, the Trustee defined "insider" pursuant to Bankruptcy Code section 101(31) as:(a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers, or persons in control of the Debtor; and (e) debtor/non-debtor affiliates of the foregoing. The parties identified as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and Statement shall not constitute an admission that those persons are insiders for purposes of Bankruptcy Code section 101(31). The Trustee does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or for any other purpose.

8. **Executory Contracts and Unexpired Leases.** While every effort has been made to ensure the completeness and accuracy of the listing of executory contracts, inadvertent errors or omissions may have occurred. The Trustee reserves all its rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in the Schedules and Statement. Certain contracts, agreements and leases listed in the Schedules and Statement may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppels certificates, letter and other documents, instruments and agreements which may not be listed therein. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Additionally, the Debtor may

be party to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements. Such agreements, if any, are not set forth in the Schedules and Statement. The presence of a contract or agreement in the Schedules and Statement does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. Similarly, the absence of a contract or agreement from the Schedules and Statement does not constitute an admission that any other contract or agreement to which the Debtor is a party is not executory.

9. **Classifications.** Listing a Claim, contract or lease on (a) Schedule D as "secured," (b) Schedule E/F, Part 1 as "priority unsecured," (c) Schedule E/F, Part 2 as "Non-priority unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Trustee of the legal rights of the claimant, or a waiver of the Trustee or Debtor's rights to recharacterize or reclassify such Claims or contracts or leases or to setoff against such Claims.

10. **Claims Description.** Schedules D and E/F permit the designation of a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Trustee that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Trustee reserves all rights to dispute, or assert offsets or defenses to, any Claim reflected on the Schedules and Statement on any grounds, including liability or classification. Additionally, the Trustee expressly reserves all rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Trustee or the estate.

11. **Summary of Significant Reporting Policies.** The following is a summary of significant reporting policies:

    a. **Undetermined Amounts.** The description of an amount as "unknown," "TBD," "undetermined," or similar indication is not intended to reflect upon the materiality of such amount.

    b. **Totals.** All totals that are included in the Schedules and Statement represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c. **Liens.** The value of assets listed in the Schedules and Statement are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

12. **Currency.** All amounts are reflected in U.S. dollars unless otherwise indicated.

13. **Setoffs.** Setoffs in the ordinary course can result from various items including, but not limited to, timing of transactions, pricing discrepancies, returns, refunds, rebates, inadvertent payments, negotiations and/or disputes between the Debtor and its customers, suppliers and third-party insurers. Setoffs can be particularly voluminous, making it unduly burdensome and costly for the Trustee to list such setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Schedules and Statement.

14. **Intellectual Property Rights.** The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Trustee reserves all rights with respect to the legal status of all such intellectual property rights.

15. **Causes of Action.** Despite reasonable efforts to identify all known assets, the Trustee may not have listed all causes of action or potential causes of action against third parties (collectively, "**Causes of Action**") as assets in the Schedules and Statement, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Trustee reserves all rights with respect to any: (a) cause of action (including avoidance actions), (b) controversy, (c) right of setoff, (d) cross-claim, (e) counterclaim, (d) recoupment, and (e) any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

16. **Value of Furniture, Equipment and Vehicles.** The Trustee has not undertaken any recent appraisals and has indicated "Unknown" for the current value of its furniture, machinery, equipment, and vehicles in the Schedules.

17. **Claims and Causes of Action.** The Trustee has not necessarily set forth all claims or causes of action against third parties as assets in the Schedules and Statement. The Trustee reserves all its rights with respect to any such claims or causes of action and the Schedules and Statement shall not be deemed a waiver of any such causes of action.

18. **Global Notes Control.** In the event that the Schedules or Statement differ from any of the foregoing Global Notes, the Global Notes shall control.

## Specific Notes With Respect to the Schedules

1. **Basis of Presentation**. The Schedules do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles. The Schedules as to amount, liability or status.

2. **Schedule A/B – Real and Personal Property.**

   a. **Cash and Cash Equivalents.** The Trustee is unaware of any cash equivalents or bank accounts of the Debtor as of the Petition Date.

   b. **Accounts Receivable.** The Trustee is advised that there are no accounts receivable due to the Debtor as of the Petition Date.

   c. **Net Book Value.** The Debtor's books and records which have been reviewed by the Trustee do not have separately identifiable information regarding the Net Book Value of the personal property of the Debtor described in Schedule A/B. As such, the Trustee indicated that the net book value of such assets are unknown.

   d. **Sale of Substantially All Assets of the Debtor.** Schedule A/B discloses the pending sale of substantially all of the Debtor's Assets pursuant to the Amended Asset Purchase Agreement between the Trustee and Palltronics, Inc. with an Acceptance Date of March 4, 2021 ("APA")(Docket No. 88-2). Pursuant to this Court's an Order (I) Establishing Sale Procedures, (II) Scheduling an Action and a Sale Hearing in Connection with the Sale of Substantially All of the Debtor's Assets Pursuant to 11 U.S.C. § 105, 363, and 365, (III) Setting Certain Dates and Deadlines in Connection Therewith, (IV), Approving the Form of the Purchase and Sale Agreement, including the Termination Fee, and (V) Granting

Related Relief (Docket No. 103, the "Sale Procedures Order"), the APA with Palltronics, Inc. with a purchase price of $5,000,000.00 is acting as a stalking horse for the Sale Procedures approved in the Sale Procedures Order. The Sale Procedures Order includes a Bid Deadline of May 3, 2021 at 5:00 pm, an Auction (if necessary) of May 6, 2021 at noon, and a Sale Hearing on May 12, 2021 at 2:00 pm. The APA is subject to higher and better offers through the process set forth in the Sale Procedures Order and is included in the Schedules to provide a sense of value as to certain of the Debtor's Assets.

3. **Schedule D – Creditors Who Have Claims Secured by Property.** Except as specifically stated herein, real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D. The Trustee has not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights, including certain parties from whom the Debtor may have received lien notices but whose notices the Trustee understands have not yet been filed or recorded. While reasonable efforts have been made, determination of the date upon which each claim in Schedule D was incurred or arose would be unduly burdensome or cost prohibitive, and therefore the Trustee may not list a date for each claim listed on Schedule D. Finally, the Trustee is taking no position on the extent or priority of any particular creditor's lien in this document.

4. **Schedule E/F – Creditors Who Have Unsecured Claims.** The listing of any claim on Schedule E does not constitute an admission by the Trustee that such claim is entitled to priority under section 507 of the Bankruptcy Code. The Trustee reserves the right to dispute the priority status of any claim on any basis. While reasonable efforts have been made, determination of the date upon which each claim in Schedule E was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Trustee may not list a date for each claim listed on Schedule E.

   a. Certain of the claims of state and local taxing authorities set forth in Schedule E, may ultimately be deemed to be secured claims pursuant to state or local laws. In addition, certain of the claims owing to various taxing authorities to which the Debtor may be liable may be subject to ongoing audits. The Trustee reserves the right to dispute or challenge whether claims owing to various taxing authorities are entitled to priority and the listing of any claim on Schedule E does not constitute an admission that such claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

   b. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Trustee reserves all rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

5. **Schedule G – Executory Contracts and Unexpired Leases.** Certain of the contracts and leases listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. Certain confidentiality and non-disclosure agreements may not be listed on Schedule G. The Trustee hereby expressly reserves the right to assert that any instrument listed on Schedule G is an executory contract or unexpired lease within the meaning of Bankruptcy Code section 365. Additionally, the Trustee reserves all rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument.

a. Certain confidentiality and non-compete agreements may not be listed on Schedule G. The Trustee reserves all rights with respect to such agreements.

b. Certain of the contracts and agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.

c. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Trustee's use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, it is the Trustee's intent that each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

d. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Trustee reserves all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases. Any and all of the Trustee's rights, claims and causes if action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

6. **<u>Disputed, Contingent and/or Unliquidated Claims</u>.** A failure to designate a claim on the Schedules and Statement as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection by the Trustee. The Trustee reserves the right to dispute, or assert offsets or defenses to, any claim reflected on

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................    $     **5,000,104.94**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................    $     **5,000,104.94**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **9,526,951.10**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     **6,318,380.21**

4.   **Total liabilities** .........................................................................................................
    Lines 2 + 3a + 3b     $     **15,845,331.31**

**Fill in this information to identify the case:**

Debtor name    **Lightning Technologies Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    **21-41019-tjt**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **Unknown** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
|     **Checking or Savings - NONE KNOWN** | | | |
| 3.1.   **TO TRUSTEE** | | | **Unknown** |

4.    **Other cash equivalents** *(Identify all)*

| 5.    **Total of Part 1.** | |
| --- | --- |
|     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$0.00** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

|     **Secuity Deposit** | |
| --- | --- |
| 7.1.   **2171 Xcelsior Road, Oxford, MI** | **Unknown** |
|     **Security Deposit, Ashley Orion Commerce Center** | |
|     **Silverbell Road** | |
| 7.2.   **Lake Orion, MI** | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | | |
|---|---|---|
| 7.3. | **Security Deposit**<br>**Thomas Road**<br>**Oxford, MI** | **Unknown** |
| 7.4. | **Cintas Refund** | **$104.94** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.       **$104.94**

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

    11a. 90 days old or less:      **0.00**    –    **0.00**   = ....      **Unknown**
              face amount                doubtful or uncollectible accounts

12.     **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      **$0.00**

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.    **Mutual funds or publicly traded stocks not included in Part 1**<br>   Name of fund or stock: | | |

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
   Name of entity:               % of ownership

| | | % | | |
|---|---|---|---|---|
| 15.1. | **Structural Coatings and Products, LLC** | **35** % | | **Unknown** |
| 15.2. | **Airofy, LLC** | **100** % | | **Unknown** |
| 15.3. | **Potential other entities owned by Debtor or in which Debtor has a direct or equitable interest** | % | | **Unknown** |

| | | | | |
|---|---|---|---|---|
| 15.4. | **Lightning Technologies Canada, Inc.** | **100** % | | Unknown |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.

| | $0.00 |
|---|---|

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** **Raw Materials - wood, components, chemicals, etc. located at both Xcelsior and Silverbell locations** | | Unknown | | Unknown |
| **20.** **Work in progress** **Work in progress - pallets and pallet components in various stages of production, located at Xcelsior and Silverbell locations** | | Unknown | | Unknown |
| **21.** **Finished goods, including goods held for resale** **Finished goods - finished pallets located at Xceslior and Silverbell locations** | | Unknown | | Unknown |
| **Branded pallets in large display room including various substraes (and specialty pallets)** | | Unknown | | Unknown |

**22.** **Other inventory or supplies**

**23.** **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

| | $0.00 |
|---|---|

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
 ■ No
 ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

 ■ No.  Go to Part 7.
 ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

 ☐ No.  Go to Part 8.
 ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|---------------------|---------------------|---------------------|
| 39. **Office furniture** | | | |
| **Office Furniture and Fixtures located at 2171 Xcelsior Drive, Oxford MI 8 offices** | Unknown | | Unknown |
| **Office documents and files in 8 offices** | Unknown | | Unknown |
| **All furniture and technology devices in two conferences (including AV equipment and four 65 in Samsung LCDs)** | Unknown | | Unknown |
| **All furniture in employee break room (including kitchen appliances and dishware) warehouse and corporate offices** | Unknown | | Unknown |
| **Furniture and Fixtures in R&D room in plant (including Snap On Tool Chest, molds, hydraulic equipment, samples, etc).** | Unknown | | Unknown |
| **Furniture, fixtures and displays in Lobby at Xcelsior.** | Unknown | | Unknown |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software Computers, servers, cell phones, printers, tablets, communications systems** | Unknown | | Unknown |
| **All uniforms and Lightning Technology logo shirts** | Unknown | | Unknown |

| | | | |
|---|---|---|---|
| **Items in storage room at 2171 Xceslior** | Unknown | | Unknown |
| **Industrial Pad Printer and Work Station** | Unknown | | Unknown |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

42.1.  **Office art, sports memorabilia, pictures, etc**     Unknown          Unknown

43.  **Total of Part 7.**                                                                        $0.00
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☒ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2017 Ford F350 Diesel Dually 4 Door Pick Up** | Unknown | | Unknown |
| 47.2.  **Lamar Trailer 42 ft 5th Wheel Retractable Covered Trailer** | Unknown | | Unknown |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Other Machinery and Equipment** | Unknown | | Unknown |
| **Spray Booth Tank with Palin system** | Unknown | | Unknown |

| | | |
|---|---|---|
| One FAS 300 Series Central Outside Dust Collection System | Unknown | Unknown |
| Semi Automated Spray Cell Loading System | Unknown | Unknown |
| Robot Riser (wall mount) | Unknown | Unknown |
| Two T16 Power Scrubbers | Unknown | Unknown |
| Various Crown Lift Trucks (may have been repossessed) | Unknown | Unknown |
| EOAT Manifold Bracket (2) | Unknown | Unknown |
| Busellato Jet Optima RT21WWD CNC Machining Center Gantry Style Router | Unknown | Unknown |
| Booth Floor Modifications | Unknown | Unknown |
| Dustek C1000 3 Bag Dust Collection System | Unknown | Unknown |
| Striebig Compact Vertical Panel Saw | Unknown | Unknown |
| Dress Package Lower and Upper Umbilical | Unknown | Unknown |
| Air Technologies Vacuum Pump GVS A | Unknown | Unknown |
| Sewage and sludge pump(s) | Unknown | Unknown |
| 2 Homag Vantech 510 V7 POPT CNC Machining Center Gantry Style Router | Unknown | Unknown |
| 4 Homag VAntech 512 V7 PO PT CNC Machining Center Gatry Style Router | Unknown | Unknown |
| 7 Douglas Legacy Hi Lo batters, 8 charger model F55 mp300 5 magnetic battery handling (may have been repossessed) | Unknown | Unknown |
| belt sander for mudded legs | Unknown | Unknown |
| 2 Units GA37VSD Air compressors | Unknown | Unknown |
| Air compressor Unit (located at Thomas Road) | Unknown | Unknown |

| | | |
|---|---|---|
| **BBG manual pallet assembly fixture** | Unknown | Unknown |
| **Pallet life cycle test fixture** | Unknown | Unknown |
| **Hand tools** | Unknown | Unknown |
| **2 Snap On Blue tool chests each containing full sets of Snap On Tools - hand tools** | Unknown | Unknown |
| **Hydro clone system** | Unknown | Unknown |
| **Equipment Tooling and supplies at Oxford annex** | Unknown | Unknown |
| **Spray booth equipment, robotics, chemicals and supplies** | Unknown | Unknown |
| **Tooling in plant incliuding charging station for jitneys, gravity pallet text fixture, etc.** | Unknown | Unknown |
| **Aluminum Wire Harness Mold, Manifold and Tooling** | Unknown | Unknown |
| **Various racks and shelving at all plants** | Unknown | Unknown |
| **2 air compressors installed (Oxford)** | Unknown | Unknown |
| **M20iB / 25 Robot & Servo Table with controller** | Unknown | Unknown |
| **R2000iC / 210 F Robot with controller** | Unknown | Unknown |
| **4 - R2000 Robots with controllers** | Unknown | Unknown |
| **Robot Pedestal, Fence Kit, Gun Bracket, Servo Table Tooling, Spray Gun Bracket** | Unknown | Unknown |
| **PMC 25, 3 HP, 220V Spray Machine** | Unknown | Unknown |
| **Gun, AP, AR4242 Auto & Fusion Round Spray Gun** | Unknown | Unknown |
| **Husky 1050 Diaphragm Pump, 1050A SS/SS/PT/A Pump (2)** | Unknown | Unknown |
| **Poly Tote Transfer System** | Unknown | Unknown |

| | | |
|---|---|---|
| **Gun P2 Automatic 24X636 (2 total) & Fluid Maifold, Kit Accy Frt End, Mixing Chamber** | Unknown | Unknown |
| **HFR - GSM Machines (5 units) - HFRB 14ALALCCM Chemical Metering Equipment** | Unknown | Unknown |
| **Robotic Spray Booth Load System** | Unknown | Unknown |
| **Robotic Spray Load System, Conveyance, Wall Window, Light Screen & Guarding** | Unknown | Unknown |
| **Assembly Fixture (2)** | Unknown | Unknown |
| **Pooling Pallet Manual Assembly Trunnion Fixture** | Unknown | Unknown |
| **Robotic CNC Tending System** | Unknown | Unknown |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | |
    |---|
    | **$0.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ■ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   - ■ No. Go to Part 10.
   - ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   - ☐ No. Go to Part 11.
   - ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Patents, trademarks and trade secrets** | Unknown | | Unknown |
| **62/624,832 US Wire Bundle Coating Assembly & Method** | Unknown | | Unknown |

| | | |
|---|---|---|
| **16/265579 US Wire Bundle Coating Assembly and Method** | Unknown | Unknown |
| **D86913 S US Pallet Patent** | Unknown | Unknown |
| **201830420437X China Pallet Patent** | Unknown | Unknown |
| **2018-016779 JPD1620188 Japan Palette Patent** | Unknown | Unknown |
| **30-2018-0035495 Korea Pallet Patent** | Unknown | Unknown |
| **005516135-0001 EU Pallets Patent** | Unknown | Unknown |
| **87479216 5698113 US Exobond Trademark** | Unknown | Unknown |
| **87825348 US Palletchain Trademark** | Unknown | Unknown |
| **87825294 US Create the One Thing that Changes Everything Trademark** | Unknown | Unknown |
| **87479224 US Lightning Coatings Trademark** | Unknown | Unknown |

| | | | |
|---|---|---|---|
| 61. | **Internet domain names and websites**<br>**Website design and name** | Unknown | Unknown |
| 62. | **Licenses, franchises, and royalties**<br>**License & Supply Agreement dated as of April 15, 2019 between Debtor and Microban International Ltd** | Unknown | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer Lists** | Unknown | Unknown |
| 64. | **Other intangibles, or intellectual property**<br>**Engineering and other production related drawings and work** | Unknown | Unknown |
| 65. | **Goodwill** | | |

| | | |
|---|---|---|
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | **$0.00** |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
☑ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor) |  |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73.   **Interests in insurance policies or annuities** |  |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Various causes of action against insider and non-insider parties (Trustee continues to investigate)** | Unknown |
|     **Nature of claim** |  |
|     **Amount requested**      $0.00 |  |
|     **Chapter 5 causes of action (Trustee continues to investigate)** | Unknown |
|     **Nature of claim** |  |
|     **Amount requested**      $0.00 |  |
| 75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76.   **Trusts, equitable or future interests in property** |  |
| 77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
|     **Down payment for 2 Homag CNC (50% of overall price)** | Unknown |
|     **Down payment for CNC handling automation** | Unknown |
|     **Office supplies including paper, pens, etc.** | Unknown |

| | |
|---|---|
| **Supply Agreement as of February 27, 2019, amended July 22, 2109 by the Amendment to Supply Agreement, by and among Lightning Technologies, LLC and Ultimate Linings LLC** | **Unknown** |
| **Collective Value of Substantially All Assets of the Debtor Based on Asset Purchase Agreement between Trustee and Palltronics, Inc. with an Acceptance Date of March 4, 2021, subject to higher and better offers pursuant to the Sale Procedures Order (Docket No. 103).** | **$5,000,000.00** |

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$5,000,000.00**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $104.94 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...........> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,000,104.94 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,000,104.94 |

Fill in this information to identify the case:

Debtor name **Lightning Technologies Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) **21-41019-tjt**

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **BB Invescor, LLC** | Describe debtor's property that is subject to a lien | $2,243,061.73 | $5,000,000.00 |
|---|---|---|---|---|

Creditor's Name **BB Invescor, LLC**

**Alleged All Asset Lien**

**444 Park Ave., 20th Floor**
**New York, NY 10022**

Creditor's mailing address

**Describe the lien**
**Asserted Security Interest**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.2 | **C T Corporation System** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**330 N. Brand Blvd., Ste. 700**
**Attn: SPRS**
**Glendale, CA 91203**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Crown Equipment Corporation** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**Leased Equipment (may have been repossessed)**

**44 S. Washington Street
New Bremen, OH 45869**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **Flagstar Bank** | Describe debtor's property that is subject to a lien | Unknown | $5,000,000.00 |

Creditor's Name

**All Asset Lien**

**5151 Corporate Drive
Troy, MI 48098**

Creditor's mailing address

**Describe the lien**
**Security Interest (believed to be released)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **Grow Michigan, LLC** | Describe debtor's property that is subject to a lien | $5,518,244.66 | $5,000,000.00 |

Creditor's Name

**Alleged All Asset Lien**

**Two Lone Pine Road
Bloomfield Hills, MI 48304**

Creditor's mailing address

**Describe the lien**
**Asserted Security Interest**

**Is the creditor an insider or related party?**
☐ No

---

Official Form 206D

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Creditor's email address, if known

■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2019**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.6 | **Paul Shamo** | Describe debtor's property that is subject to a lien | $1,245,272.32 | $5,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**38311 Huron Point**
**Harrison Township, MI**
**48045**

**Alleged All Asset Lien**

Creditor's mailing address

**Describe the lien**
**Asserted Security Interest**

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known

■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.7 | **Robert J. Causley** | Describe debtor's property that is subject to a lien | Unknown | $5,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**14233 Bass Court**
**Utica, MI 48315**

Creditor's mailing address

**Describe the lien**
**Asserted Security Interest**

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known

■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.8 | **Solyco, LLC** | Describe debtor's property that is subject to a lien | $520,372.39 | $5,000,000.00 |
|---|---|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

| Creditor's Name | **Alleged All Asset Lien** |
|---|---|
| **400 Water Street** | |
| **Suite 203** | |
| **Rochester, MI 48307** | |
| Creditor's mailing address | **Describe the lien** |
| | **Asserted Security Interest** |
| | **Is the creditor an insider or related party?** |
| | ☐ No |
| Creditor's email address, if known | ☑ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☑ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Unliquidated |
| | ☑ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$9,526,951.10**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **James E. Morgan** **Howard & Howard Attorneys PLLC** **200 S. Michigan Ave., Ste. 1100** **Chicago, IL 60604** | Line _2.5_ | |
| **Scott D. Fink** **Weltman Weinberg & Reis Co., LPA** **965 Keynote Circle** **Independence, OH 44131** | Line _2.6_ | |
| **Steve Roach, Marc Swanson** **Miller Canfield** **150 W. Jefferson** **Ste 2500** **Detroit, MI 48226** | Line _2.8_ | |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Aaron Fales Law**<br>**1080 Canyon Creek Dr.**<br>**Rochester Hills, MI 48306**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$230,903.15** |
| --- | --- | --- | --- |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Accident Fund Ins Co of Amer**<br>**PO Box 40790**<br>**Lansing, MI 48901**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **5189** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Insurance Collection Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,947.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**AG Innovation LLC**<br>**1720 Star Batt Dr.**<br>**Rochester Hills, MI 48309**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services performed.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,789.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Air & Liquid Systems Inc.**<br>**1680 S. Livernois Rd.**<br>**Rochester, MI 48307**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,066.27 |
|---|---|---|---|
| | **Air Technologies**<br>**1900 Jetway Blvd.**<br>**Columbus, OH 43219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,675.50 |
|---|---|---|---|
| | **Aladdin Heating & Cooling**<br>**26969 Ryan Rd.**<br>**Warren, MI 48091** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  Heating and cooling service | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|
| | **Ascentium Capital, LLC**<br>**23970 Hwy. 59 N.**<br>**Kingwood, TX 77339** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2018 | Basis for the claim:  Finance Agreement | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|
| | **Auto Drill**<br>**1221 US Hwy 22**<br>**Suite 6A**<br>**Holloman Air Force Base, NM 88330** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,098.14 |
|---|---|---|---|
| | **Baril Coating Solutions**<br>**401 Growth Parkway**<br>**Angola, IN 46703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900,000.00 |
|---|---|---|---|
| | **BGM Electronic Services**<br>**815 North Opdyke Rd.**<br>**Bldg. 200**<br>**Auburn Hills, MI 48326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2019 | Basis for the claim:  Manufacturing and Sofware Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $461,880.00 |
|---|---|---|---|
| | **BGM Engineering Inc.**<br>**14120 Simone Drive**<br>**Shelby Township, MI 48315** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $687.20 |
|---|---|---|---|

**Borderline Logistics**
**12811 Kenwood Ln**
**Suite 215**
**Fort Myers, FL 33907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Butzel Long**
**Attn: Brett Rendeiro**
**41000 Woodward Ave., Ste West**
**Stoneridge West**
**Bloomfield Hills, MI 48304**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,483.88 |
|---|---|---|---|

**Ken Cauley**
**Weltman, Weinberg & Reis Co., L.P.A.**
**965 Keynote Circle**
**Brooklyn Heights, OH 44131**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Money Loaned__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Climate Check**
**PO Box 81011**
**Ottawa, ON K1P 1B1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,956.34 |
|---|---|---|---|

**Consumers Energy**
**PO Box 740309**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,813.89 |
|---|---|---|---|

**Consumers Energy**
**PO Box 740309**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Utilities__

Last 4 digits of account number __6852__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237.54 |
|---|---|---|---|

**Consumers Energy**
**PO Box 740309**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Utilities__

Last 4 digits of account number __6878__

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,502.44 |
|---|---|---|---|

**Crown Lift Truck**
**43896 Plymouth Oaks Blvd.**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CT Corporation**
**330 N Brand Blvd**
**Suite 700**
**Attn: SPRS**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $635,426.14 |
|---|---|---|---|

**Martin Difiore**
**c/o Hubbell Duvall PLLC**
**26211 Central Park Blvd., Ste 514**
**Southfield, MI 48076**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Accrued, contractual, employee compensation, unreimbursed business expenses, and contract allowances.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120,000.00 |
|---|---|---|---|

**DMI, LLC**
**850 White St.**
**Dubuque, IA 52001**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Master Services Agreement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,622.31 |
|---|---|---|---|

**Robert Drake**
**c/o Weltman, Weinberg & Reis Co., L.P.A.**
**965 Keynote Circle**
**Brooklyn Heights, OH 44131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Attorney Fees and Costs.__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.38 |
|---|---|---|---|

**DTE**
**One Energy Plaza Room**
**Room 1575 WCB**
**Detroit, MI 48226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $215,484.80 |
|---|---|---|---|

**Leslie M. Dunahay**
**c/o Hubbell Duvall PLLC**
**26211 Central Park Blvd., Ste. 514**
**Southfield, MI 48076**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Accrued employee compensation, unreimbursed business expenses, unliquidated damages__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Dunn-Wright Steel**
**PO Box 234**
**Lapeer, MI 48446**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$480.00**

---

| 3.27 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Elite Clean Room Services**
**548 S. Court Street**
**Lapeer, MI 48446**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

| 3.28 | **Nonpriority creditor's name and mailing address** |
|---|---|

**FedEx**
**PO Box 223125**
**Pittsburgh, PA 15251-2125**

Date(s) debt was incurred __

Last 4 digits of account number **9603**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping/Mailing Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,925.96**

---

| 3.29 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Fluid transfer Systems**
**22545 Heslip Dr.**
**Novi, MI 48375**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods Sold.**

Is the claim subject to offset? ■ No ☐ Yes

**$1,284.94**

---

| 3.30 | **Nonpriority creditor's name and mailing address** |
|---|---|

**FTS**
**22545 Heslip Drive**
**Novi, MI 48375**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| 3.31 | **Nonpriority creditor's name and mailing address** |
|---|---|

**General Cutting Tools**
**6440 Ridgeway Avenue**
**Lincolnwood, IL 60712**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| 3.32 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Blake George**
**975 East Maple Road, Suite 100**
**Birmingham, MI 48009**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Money Loaned**

Is the claim subject to offset? ■ No ☐ Yes

**$316,268.66**

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,821.75 |
|---|---|---|---|

**Grand Rapids Label Company**
**2351 Oak Industrial Dr NE**
**Grand Rapids, MI 49505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128.30 |
|---|---|---|---|

**Hatch**
**2207 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __4577__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**Honeyville Metal Inc.**
**4200 S. 900 W.**
**Topeka, IN 46571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,241,463.23 |
|---|---|---|---|

**Ellwood P. Hunt III**
**c/o Hubbell Duvall PLLC**
**26211 Central Park Blvd., ste. 514**
**Southfield, MI 48076**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Accrued employee compensation, unreimbursed business expenses, unliquidated damages__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230,000.00 |
|---|---|---|---|

**Innovation Works**
**169 W. Liberty St.**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Internal Revenue Service**
**Stop 8420G**
**PO Box 145595**
**Cincinnati, OH 45250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $665.38 |
|---|---|---|---|

**Johnson Controls Security Solutions**
**PO Box 371967**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,403.70 |
|---|---|---|---|

**Jurzysta Electric**
**69451 Wolcott Road**
**Armada, MI 48005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,636.73 |
|---|---|---|---|

**Gevork G. Khachatrian**
**588 Landon Street**
**Birmingham, MI 48009**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Money Loaned__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**KPI**

**McKinney, TX 75070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220,000.00 |
|---|---|---|---|

**KW Companies**
**18655 bishop Ave.**
**Carson, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132,533.67 |
|---|---|---|---|

**Michael McClear**
**c/o Weltman, Weinberg Reis Co., L.P.A.**
**965 Keynote Circle**
**Brooklyn Heights, OH 44131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Money Loaned__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,651.16 |
|---|---|---|---|

**McMaster-Carr Supply Co.**
**200 Aurora Industrial Pkway**
**Aurora, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Goods Sold__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Microban Internationals, Ltd.**
**11400 Vanstory Dr.**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __LIcense and Supply Agreement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
| --- | --- | --- | --- |

**MLS Cleaning**
**4990 Ramsey Road**
**Oxford, MI 48371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234,431.51 |
| --- | --- | --- | --- |

**Sylvain Naets**
**c/o Katten Muchin Rosenman LLP**
**525 West Monroe Street**
**Chicago, IL 60661**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Money Loaned__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**NFS Leasing, Inc.**
**900 Cummings Center**
**Suite 226-U**
**Beverly, MA 01915**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Jeffrey Owen**
**600 Elizabeth Street**
**Suite 110**
**Rochester, MI 48307**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $879.21 |
| --- | --- | --- | --- |

**Premier Business Products**
**1744 Maplelawn Drive**
**Troy, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
| --- | --- | --- | --- |

**Rand Group**
**6575 West Loop South**
**Suite 700**
**Bellaire, TX 77401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __G001__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,180.30 |
| --- | --- | --- | --- |

**RedGuard Fire & Security, Inc.**
**45150 Polaris Court**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Fire Alarm System__

Last 4 digits of account number __4904;9247__

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
| --- | --- | --- | --- |
| | Rocket Enterprises<br>30660 Ryan<br>Warren, MI 48092 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | Randy Schmidt<br>951 Rayberta Dr.<br>Vandalia, OH 45377 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **wages for services performed for Debtor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
| --- | --- | --- | --- |
| | Selby Eng & Lifting Safety Ltd<br>Wellington House<br>Aviator court<br>York YO30 4UZ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1697** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,500.00 |
| --- | --- | --- | --- |
| | Stiles Machinery<br>3944 Solutions Cener<br>Chicago, IL 60677 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,772.86 |
| --- | --- | --- | --- |
| | TECH-D-P, Inc.<br>16630 Brooklane Blvd.<br>Northville, MI 48168 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **contract engineering and program management services performed.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
| --- | --- | --- | --- |
| | Thinkstep Inc.<br>170 Milk Street<br>Boston, MA 02109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311,647.22 |
| --- | --- | --- | --- |
| | Third Wave, LLC<br>c/o Weltman, Weinberg & Reis Co., L.P.A<br>PO Box 93784<br>Cleveland, OH 44101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Money Loand** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,968.38 |
|---|---|---|---|

**TMV Group**
310 N. Main St.
Milford, MI 48381

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,278.36 |
|---|---|---|---|

**Jeffery Torrice**
48952 Hayes
Macomb, MI 48044

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Money Loaned**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Tri-Dim Filter**
2200 Lanier Ln.
Rockville, VA 23146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**Tri-Merit**
600 South Wagner Road
Suite 172
Ann Arbor, MI 48103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $334,394.04 |
|---|---|---|---|

**Trpko Dimovski**
c/o Weltman, Weinberg Reis Co., L.P.A.
965 Keynote Circle
Brooklyn Heights, OH 44131

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Money Loaned**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,131.25 |
|---|---|---|---|

**UHY Advisors, Inc.**
27725 Stansbury Blvd.
Suite 385
Farmington, MI 48334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Services performed.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,730.00 |
|---|---|---|---|

**UHY LLP**
12900 Hall Road
Suite 500
Sterling Heights, MI 48313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Services performed.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,112.62 |
|---|---|---|---|

**Uline**
12575 Uline Drive
Pleasant Prairie, WI 53158

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Goods sold.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ultimate Linings LTD**
10301 Round Up
Houston, TX 77064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019

Basis for the claim:  Supply Agreement

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Lamont, Hanley & Associates, Inc.**<br>PO Box 179<br>Manchester, NH 03105-0179 | Line  3.2<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Weltman, Weinberg & Reis Co., L.P.A.**<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131 | Line  3.41<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Weltman, Weinberg & Reis Co., L.P.A.**<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131 | Line  3.32<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Weltman, Weinberg & Reis Co., L.P.A.**<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131 | Line  3.62<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 6,318,380.21 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,318,380.21 |

Debtor name **Lightning Technologies Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) **21-41019-tjt**

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Finance Agreement # 2312118, dated September 7, 2018.** |
| State the term remaining | **Ascentium Capital, LLC** |
| List the contract number of any government contract | **23970 HWY 59 N Kingwood, TX 77339** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **NOTICE ONLY, TERMINATED PREPETITION Lease Agreement, dated June 7, 2017, as amended.** |
| State the term remaining | **Ashley Orion Commerce Center LLC** |
| List the contract number of any government contract | **39395 W. Twelve Mile Road Suite 200 Farmington, MI 48331** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **NOTICE ONLY, TERMINATED PREPETITION Lease Agreement, dated May 24, 2019.** |
| State the term remaining | **Ashley Orion Commerce Center LLC** |
| List the contract number of any government contract | **39395 W. Twelve Mile Road Suite 200 Farmington, MI 48331** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** |
| State the term remaining | **Auburn Investment Group LLC** |
| List the contract number of any government contract | **40 Auburn Street Charlestown, MA 02129** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Simply Blue PPO Gold $1000 Medical Coverage with Prescription Drugs.** | |
|---|---|---|---|
| | State the term remaining | | **BCBS of Michigan** |
| | List the contract number of any government contract | | **20500 Civic Center Drive** **Southfield, MI 48076** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing and Sofware Services Agreement, dated 12/3/19, including Statement of Work and Schedule 1 thereof.** | |
|---|---|---|---|
| | State the term remaining | | **BGM Electronic Services** **815 North Opdyke Rd.** |
| | List the contract number of any government contract | | **Bldg. 200** **Auburn Hills, MI 48326** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Administrative Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Chorus HR Solutions, LLC** **37399 Garfield Road** |
| | List the contract number of any government contract | | **Suite 208** **Clinton Township, MI 48036** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **General Services Agreement dated 5/23/19.** | |
|---|---|---|---|
| | State the term remaining | | **Climate Tech Corporation** **PO Box 81011** |
| | List the contract number of any government contract | | **Ottawa ON K1P 1B1** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Schedule #: 40444793** | |
|---|---|---|---|
| | State the term remaining | | **Crown Credit Company** **40 S. Washington St.** |
| | List the contract number of any government contract | | **New Bremen, OH 45869** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Schedule #: 40444792** | **Crown Credit Company** **40 S. Washington St.** **New Bremen, OH 45869** |
|---|---|---|---|



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Schedule #: 40444790** | |
|---|---|---|---|
| | State the term remaining | | **Crown Credit Company** |
| | List the contract number of any government contract | | **40 S. Washington St.** **New Bremen, OH 45869** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Schedule #: 40454057** | |
|---|---|---|---|
| | State the term remaining | | **Crown Credit Company** |
| | List the contract number of any government contract | | **40 S. Washington St.** **New Bremen, OH 45869** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Dynamic HR- Delta Dental Plan** | |
|---|---|---|---|
| | State the term remaining | | **Delta Dental** |
| | List the contract number of any government contract | | **27500 Stansbury St.** **Farmington, MI 48334** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **NOTICE ONLY, TERMINATED PREPETITION Master Lease, dated June 17, 2016** | |
|---|---|---|---|
| | State the term remaining | | **DEMS Assoc., LLC** **c/o Robert Bassel** |
| | List the contract number of any government contract | | **PO Box T** **Clinton, MI 49236** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement, dated November 20, 2020, including Exhibit A thereto.** | |
|---|---|---|---|
| | State the term remaining | | **DMI, LLC** |
| | List the contract number of any government contract | | **850 White St.** **Dubuque, IA 52001** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Pallet Lease Agreement, dated September 20, 2019** | |
|---|---|---|---|
| | State the term remaining | | **Driscoll's, Inc.** |
| | List the contract number of any government contract | | **345 Westridge Drive** **Watsonville, CA 95076** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement Worksite Employer Service Agreement, dated April 22, 2019** | |
|---|---|---|---|
| | State the term remaining | | **Dynamic HR Services, LLC** **3201 University Dr.** **4th Floor** |
| | List the contract number of any government contract | | **Auburn Hills, MI 48326** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Dynamic HR- EyeMed Vision Plan** | |
|---|---|---|---|
| | State the term remaining | | **EyeMed** |
| | List the contract number of any government contract | | **4000 Luxottica Pl** **Mason, OH 45040** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **PO# 101** | |
|---|---|---|---|
| | State the term remaining | | **Gard** **4020 N. MacArthur Blvd.** |
| | List the contract number of any government contract | | **Suite 122-329** **Irving, TX 75038** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Pallet Lease & Purchase Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **JBS USA Food Company** |
| | List the contract number of any government contract | | **1770 Promontory Circle** **Greeley, CO 80634** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Finders Fee Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Vic Koppang** **no address** |

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lightning/Lightning Cork, Ltd. Deal Term Sheet.** | |
|---|---|---|---|
| | State the term remaining | | **Lightning Cork, Ltd.** |
| | List the contract number of any government contract | | **no address** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Pallet Lease Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Louis Vuitton, Inc.** |
| | List the contract number of any government contract | | **U.S. West Distribution Center Louis Vuitton Americas 2095 S. Archibald Avenue Ontario, CA 91761** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Technology Exploitation and License Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **LT Lender, LLC and/or Structual Coatings and Products LLC** |
| | List the contract number of any government contract | | **390 Park St., Ste. 390 Birmingham, MI 48009** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **License and Supply Agreement, dated April 15, 2019** | |
|---|---|---|---|
| | State the term remaining | | **Microban International, Ltd.** |
| | List the contract number of any government contract | | **11400 Vanstory Dr. Huntersville, NC 28078** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Pallet Lease Agreement (may not have been signed), dated September 19, 2019.** | |
|---|---|---|---|
| | State the term remaining | | **North Bay Produce, Inc.** |
| | List the contract number of any government contract | | **PO Box 549 Traverse City, MI 49685** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Fire Alarm System Agreement**

State the term remaining

List the contract number of any government contract

**RedGuard Fire and Security**
**45150 Polaris Court**
**Plymouth, MI 48170**

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — **NOTICE ONLY, MAY HAVE BEEN TERMINATED PREPETITION Lease Agreement, dated July 1, 2019.**

State the term remaining

List the contract number of any government contract

**Thomas Development, LLC**
**3606 Thomas Road**
**Oxford, MI 48371**

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Supply Agreement, dated February 27, 2019, as Amended.**

State the term remaining

List the contract number of any government contract

**Ultimate Linings, LLC**
**10301 Round Up**
**Houston, TX 77064**

---

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — **Pallet Lease Agreement.**

State the term remaining

List the contract number of any government contract

**Upstate Niagara Cooperative, Inc.**
**25 Anderson Road**
**Buffalo, NY 14225**

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — **PO# 450-145-0529**

State the term remaining

List the contract number of any government contract

**Yazaki North America, Inc.**
**20 Butterfield Trail**
**El Paso, TX 79906**

---

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Damian Kassab | 400 Water St. Ste 203<br>Rochester, MI 48307-2090 | Paul Shamo | ☑ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Jeffrey Owen | 600 Elizabeth Street<br>Suite 110<br>Rochester, MI 48307 | Grow Michigan, LLC | ☑ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Jeffrey Owen | 600 Elizabeth Street<br>Suite 110<br>Rochester, MI 48307 | Solyco, LLC | ☑ D __2.8__<br>☐ E/F ____<br>☐ G ____ |