UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 21-41019 |
| LIGHTNING TECHNOLOGIES, INC., | Chapter 7 |
| Debtor. | Judge Thomas J. Tucker |
| _____/ | |

### ORDER OVERRULING THE MAY 10, 2021 OBJECTION FILED BY DEMS ASSOCIATES, LLC TO THE CHAPTER 7 TRUSTEE'S NOTICE OF ABANDONMENT OF CERTAIN CHEMICALS LOCATED AT THE DEBTOR'S FORMER XCELSIOR LOCATION

This case is before the Court on the objection filed on May 10, 2021 by DEMS Associates, LLC (Docket # 230, the "DEMS Objection") to the Trustee's amended Notice of Proposed Abandonment of certain chemicals located at Debtor's Xcelsior location (Docket # 197). The DEMS Objection must be overruled, because it is barred by the Court's prior orders, consisting of the combination of the following orders, the first two of which DEMS Associates, LLC stipulated to: (1) paragraph 1 of the stipulated order filed April 7, 2021 (Docket # 163); (2) paragraph 2 of the stipulated order filed May 5, 2021 (Docket # 208); and (3) the Court's Opinion and Order filed May 7, 2021 (Docket # 214).

Accordingly,

IT IS ORDERED that the DEMS Objection (Docket # 230) is overruled.

**Signed on May 11, 2021**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**