UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Case No. 21-41019

LIGHTNING TECHNOLOGIES, INC.,                               Chapter 7

        Debtor.                                     Judge Thomas J. Tucker

_____/

**ORDER CONDITIONALLY GRANTING, IN PART, THE MOTION
BY PALLTRONICS, INC. TO ENFORCE SALE ORDER AND FOR A FINDING OF
CIVIL CONTEMPT AGAINST PALLIOT SOLUTIONS LLC,
AND SETTING A BRIEFING SCHEDULE REGARDING SUBJECT MATTER
JURISDICTION ISSUE**

      This case came before the Court on June 29, 2022, for a further telephonic hearing on the motion entitled "Palltronics Inc.'s Motion to Enforce Sale Order and Finding of Civil Contempt Against Paliot Solutions LLC" (Docket # 340, the "Motion"). Confirming action taken by the Court during the June 29, 2022 hearing, and for the reasons stated by the Court on the record during that hearing,

      IT IS ORDERED that:

1. The Motion is *conditionally* granted, to the extent of the relief requested by Palltronics Inc. (Palltronics"), and described by the Court, during the June 29, 2022 hearing.

2. The condition for granting the Motion and for granting such relief on the Motion, is that the Court must first find that it has subject matter jurisdiction to grant such relief to Palltronics on the Motion (the "subject matter jurisdiction issue").

3. The parties may file briefs regarding the subject matter jurisdiction issue, by the following deadlines:

    a. No later than July 6, 2022, PALIoT Solutions LLC ("PalIot") must file a brief in support of its argument that this Court lacks subject matter jurisdiction.

    b. No later than July 13, 2022, Palltronics may file a response brief.

4. After the briefs are filed, the Court will either schedule a further hearing or will make a ruling on the subject matter jurisdiction issue without a further hearing.

5. If the Court rules that it has subject matter jurisdiction, the Court will enter a further order that

grants the specific relief sought by Palltronics on the Motion.

6. If the Court rules that it does not have subject matter jurisdiction, the Court will enter an order denying the Motion.

**Signed on June 29, 2022**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**