Case No.: <u>21-41019</u>
Case Name: <u>LIGHTNING TECHNOLOGIES, INC.</u>
For the Period Ending: <u>12/31/2022</u>

Trustee Name: <u>Karen E. Evangelista</u>
Date Filed (f) or Converted (c): <u>02/05/2021 (f)</u>
§341(a) Meeting Date: <u>03/18/2021</u>
Claims Bar Date: <u>05/24/2021</u>

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on hand | Unknown | $0.00 | | $0.00 | FA |
| 2 | Checking or Savings - NONE KNOWN TO TRUSTEE | Unknown | $0.00 | | $0.00 | FA |
| 3 | Secuity Deposit 2171 Xcelsior Road, Oxford, MI | Unknown | $0.00 | | $0.00 | FA |
| 4 | Security Deposit, Ashley Orion Commerce Center Silverbell Road Lake Orion, MI | Unknown | $0.00 | | $0.00 | FA |
| 5 | Security Deposit Thomas Road Oxford, MI | Unknown | $0.00 | | $0.00 | FA |
| 6 | Cintas Refund | $104.94 | $104.94 | | $104.94 | FA |
| 7 | Accounts receivable 90 days old or less: 0.00 - 0.00 | Unknown | $0.00 | | $0.00 | FA |
| 8 | Structural Coatings and Products, LLC 35 % | Unknown | $0.00 | | $0.00 | FA |
| 9 | Airofy, LLC 100 % | Unknown | $0.00 | | $0.00 | FA |
| 10 | Potential other entities owned by Debtor or in which Debtor has a direct or equitable interest | Unknown | $0.00 | | $0.00 | FA |
| 11 | Lightning Technologies Canada, Inc. 100 % | Unknown | $0.00 | | $0.00 | FA |
| 12 | Raw Materials - wood, components, chemicals, etc. located at both Xcelsior and Silverbell locations | Unknown | $0.00 | | $0.00 | FA |
| 13 | Work in progress -pallets and pallet components in various stages of production, located at Xceslior and Silverbell locations | Unknown | $0.00 | | $0.00 | FA |
| 14 | Finished goods - finished pallets located at Xceslior and Silverbell locations | Unknown | $0.00 | | $0.00 | FA |
| 15 | Branded pallets in large display room including various substraes (and speciality pallets) | Unknown | $0.00 | | $0.00 | FA |
| 16 | Office Furniture and Fixtures located at 2171 Xcelsior Drive, Oxford MI 8 offices | Unknown | $0.00 | | $0.00 | FA |
| 17 | Office documents and files in 8 offices | Unknown | $0.00 | | $0.00 | FA |
| 18 | All furniture and technology devices in two conferences (including AV equipment and four 65 in Samsung LCDs) | Unknown | $0.00 | | $0.00 | FA |
| 19 | All furniture in employee break room (including kitchen appliances and dishware) warehouse and corporate offices | Unknown | $0.00 | | $0.00 | FA |

SUBTOTALS          $0.00          $0.00

| Case No.: | 21-41019 | | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|---|
| Case Name: | LIGHTNING TECHNOLOGIES, INC. | | Date Filed (f) or Converted (c): | 02/05/2021 (f) |
| For the Period Ending: | 12/31/2022 | | §341(a) Meeting Date: | 03/18/2021 |
| | | | Claims Bar Date: | 05/24/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 20 | Furniture and Fixtures in R&D room in plant (including Snap On Tool Chest, molds, hydraulic equipment, samples, etc). | Unknown | $0.00 | | $0.00 | FA |
| 21 | Furniture, fixtures and displays in Lobby at Xcelsior | Unknown | $0.00 | | $0.00 | FA |
| 22 | Computers, servers, cell phones, printers, tablets, communications systems | Unknown | $0.00 | | $0.00 | FA |
| 23 | All uniforms and Lightning Technology logo shirts | Unknown | $0.00 | | $0.00 | FA |
| 24 | Items in storage room at 2171 Xceslior | Unknown | $0.00 | | $0.00 | FA |
| 25 | Industrial Pad Printer and Work Station | Unknown | $0.00 | | $0.00 | FA |
| 26 | Office art, sports memorabilia, pictures, etc. | Unknown | $0.00 | | $0.00 | FA |
| 27 | 2017 Ford F350 Diesel Dually 4 Door Pickup | Unknown | $0.00 | | $0.00 | FA |
| 28 | Lamar Trailer 42 ft 5th Wheel Retractable Covered Trailer | Unknown | $0.00 | | $0.00 | FA |
| 29 | Other Machinery and Equipment | Unknown | $0.00 | | $0.00 | FA |
| 30 | Spray Booth Tank with Palin system | Unknown | $0.00 | | $0.00 | FA |
| 31 | One FAS 300 Series Central Outside Dust Collection System | Unknown | $0.00 | | $0.00 | FA |
| 32 | Semi Automated Spray Cell Loading System | Unknown | $0.00 | | $0.00 | FA |
| 33 | Robot Riser (wall mount) | Unknown | $0.00 | | $0.00 | FA |
| 34 | Two T16 Power Scrubbers | Unknown | $0.00 | | $0.00 | FA |
| 35 | Various Crown Lift Trucks (may have been repossessed) | Unknown | $0.00 | | $0.00 | FA |
| 36 | EOAT Manifold Bracket (2) | Unknown | $0.00 | | $0.00 | FA |
| 37 | Busellato Jet Optima RT21WWD CNC Machining Center Gantry Style Router | Unknown | $0.00 | | $0.00 | FA |
| 38 | Booth Floor Modifications | Unknown | $0.00 | | $0.00 | FA |
| 39 | Dustek C1000 3 Bag Dust Collection System | Unknown | $0.00 | | $0.00 | FA |
| 40 | Striebig Compact Vertical Panel Saw | Unknown | $0.00 | | $0.00 | FA |
| 41 | Dress Package Lower and Upper Umbilical | Unknown | $0.00 | | $0.00 | FA |
| 42 | Air Technologies Vacuum Pump GVS A | Unknown | $0.00 | | $0.00 | FA |
| 43 | Sewage and sludge pump(s) | Unknown | $0.00 | | $0.00 | FA |
| 44 | 2 Homag Vantech 510 V7 POPT CNC Machining Center Gantry Style Router | Unknown | $0.00 | | $0.00 | FA |
| 45 | 4 Homag VAntech 512 V7 PO PT CNC Machining Center Gatry Style Router | Unknown | $0.00 | | $0.00 | FA |
| | | | | **SUBTOTALS** | $0.00 | $0.00 |

| Case No.: | 21-41019 |
|---|---|
| Case Name: | LIGHTNING TECHNOLOGIES, INC. |
| For the Period Ending: | 12/31/2022 |

| Trustee Name: | Karen E. Evangelista |
|---|---|
| Date Filed (f) or Converted (c): | 02/05/2021 (f) |
| §341(a) Meeting Date: | 03/18/2021 |
| Claims Bar Date: | 05/24/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 46 | 7 Douglas Legacy Hi Lo batters, 8 charger model F55 mp300 5 magnetic battery handling (may have been repossessed) | Unknown | $0.00 | | $0.00 | FA |
| 47 | belt sander for mudded legs | Unknown | $0.00 | | $0.00 | FA |
| 48 | 2 Units GA37VSD Air compressors | Unknown | $0.00 | | $0.00 | FA |
| 49 | Air compressor Unit (located at Thomas Road) | Unknown | $0.00 | | $0.00 | FA |
| 50 | BBG manual pallet assembly fixture | Unknown | $0.00 | | $0.00 | FA |
| 51 | Pallet life cycle test fixture | Unknown | $0.00 | | $0.00 | FA |
| 52 | Hand tools | Unknown | $0.00 | | $0.00 | FA |
| 53 | 2 Snap On Blue tool chests each containing full sets of Snap On Tools - hand tools | Unknown | $0.00 | | $0.00 | FA |
| 54 | Hydro clone system | Unknown | $0.00 | | $0.00 | FA |
| 55 | Equipment Tooling and supplies at Oxford annex | Unknown | $0.00 | | $0.00 | FA |
| 56 | Spray booth equipment, robotics, chemicals and supplies | Unknown | $0.00 | | $0.00 | FA |
| 57 | Tooling in plant including charging station for jitneys, gravity pallet text fixture, etc. | Unknown | $0.00 | | $0.00 | FA |
| 58 | Aluminum Wire Harness Mold, Manifold and Tooling | Unknown | $0.00 | | $0.00 | FA |
| 59 | Various racks and shelving at all plants | Unknown | $0.00 | | $0.00 | FA |
| 60 | 2 air compressors installed (Oxford) | Unknown | $0.00 | | $0.00 | FA |
| 61 | M20iB / 25 Robot & Servo Table with controller | Unknown | $0.00 | | $0.00 | FA |
| 62 | R2000iC / 210 F Robot with controller | Unknown | $0.00 | | $0.00 | FA |
| 63 | 4 - R2000 Robots with controllers | Unknown | $0.00 | | $0.00 | FA |
| 64 | Robot Pedestal, Fence Kit, Gun Bracket, Servo Table Tooling, Spray Gun Bracket | Unknown | $0.00 | | $0.00 | FA |
| 65 | PMC 25, 3 HP, 220V Spray Machine | $0.00 | $0.00 | | $0.00 | FA |
| 66 | Gun, AP, AR4242 Auto & Fusion Round Spray Gun | Unknown | $0.00 | | $0.00 | FA |
| 67 | Husky 1050 Diaphragm Pump, 1050A SS/SS/PT/A Pump (2) | Unknown | $0.00 | | $0.00 | FA |
| 68 | Poly Tote Transfer System | Unknown | $0.00 | | $0.00 | FA |
| 69 | Gun P2 Automatic 24X636 (2 total) & Fluid Maifold, Kit Accy Frt End, Mixing Chamber | Unknown | $0.00 | | $0.00 | FA |
| 70 | HFR - GSM Machines (5 units) - HFRB 14ALALCCM Chemical Metering Equipment | Unknown | $0.00 | | $0.00 | FA |

| | | |
|---|---|---|
| SUBTOTALS | $0.00 | $0.00 |

| Case No.: | 21-41019 |
|---|---|
| Case Name: | LIGHTNING TECHNOLOGIES, INC. |
| For the Period Ending: | 12/31/2022 |

| Trustee Name: | Karen E. Evangelista |
|---|---|
| Date Filed (f) or Converted (c): | 02/05/2021 (f) |
| §341(a) Meeting Date: | 03/18/2021 |
| Claims Bar Date: | 05/24/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 71 | Robotic Spray Booth Load System | Unknown | $0.00 | | $0.00 | FA |
| 72 | Robotic Spray Load System, Conveyance, Wall Window, Light Screen & Guarding | Unknown | $0.00 | | $0.00 | FA |
| 73 | Assembly Fixture (2) | Unknown | $0.00 | | $0.00 | FA |
| 74 | Pooling Pallet Manual Assembly Trunnion Fixture | Unknown | $0.00 | | $0.00 | FA |
| 75 | Robotic CNC Tending System | Unknown | $0.00 | | $0.00 | FA |
| 76 | Patents, trademarks and trade secrets | Unknown | $0.00 | | $0.00 | FA |
| 77 | 62/624,832 US Wire Bundle Coating Assembly & Method | Unknown | $0.00 | | $0.00 | FA |
| 78 | 16/265579 US Wire Bundle Coating Assembly and Method | Unknown | $0.00 | | $0.00 | FA |
| 79 | D86913 S US Pallet Patent | Unknown | $0.00 | | $0.00 | FA |
| 80 | 201830420437X China Pallet Patent | Unknown | $0.00 | | $0.00 | FA |
| 81 | 2018-016779 JPD1620188 Japan Palette Patent | Unknown | $0.00 | | $0.00 | FA |
| 82 | 30-2018-0035495 Korea Pallet Patent | Unknown | $0.00 | | $0.00 | FA |
| 83 | 005516135-0001 EU Pallets Patent | Unknown | $0.00 | | $0.00 | FA |
| 84 | 87479216 5698113 US Exobond Trademark | Unknown | $0.00 | | $0.00 | FA |
| 85 | 87825348 US Palletchain Trademark | Unknown | $0.00 | | $0.00 | FA |
| 86 | 87825294 US Create the One Thing that Changes Everything Trademark | Unknown | $0.00 | | $0.00 | FA |
| 87 | 87479224 US Lightning Coatings Trademark | Unknown | $0.00 | | $0.00 | FA |
| 88 | Website design and name | Unknown | $0.00 | | $0.00 | FA |
| 89 | License & Supply Agreement dated as of April 15, 2019 between Debtor and Microban International Ltd | Unknown | $0.00 | | $0.00 | FA |
| 90 | Customer Lists | Unknown | $0.00 | | $0.00 | FA |
| 91 | Engineering and other production related drawings and work | Unknown | $0.00 | | $0.00 | FA |
| 92 | Various causes of action against insider and non-insider parties (Trustee continues to investigate) | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| Asset Notes: | Trustee continues to investigate; no cause of action is being pursued at this time so only a nominal amount is listed. This is subject to change, and the Trustee reserves the right to amend this valuation if/when claims are identified and pursued. | | | | | |
| 93 | Chapter 5 causes of action (Trustee continues to investigate) | | $2,000,000.00 | | $0.00 | $2,000,000.00 |
| Asset Notes: | Trustee continues to investigate chapter 5 causes of action; the estimated value reflects the approximate gross amount of known transfers being investigated and is subject to change.  The exact recovery could be more or less than the amount estimated. | | | | | |
| 94 | Down payment for 2 Homag CNC (50% of overall price) | Unknown | $0.00 | | $0.00 | FA |

| | | SUBTOTALS | $0.00 | | $0.00 | |

| | | | | | |
|---|---|---|---|---|---|
| Case No.: | 21-41019 | | Trustee Name: | | Karen E. Evangelista |
| Case Name: | LIGHTNING TECHNOLOGIES, INC. | | Date Filed (f) or Converted (c): | | 02/05/2021 (f) |
| For the Period Ending: | 12/31/2022 | | §341(a) Meeting Date: | | 03/18/2021 |
| | | | Claims Bar Date: | | 05/24/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 95 | Down payment for CNC handling automation | Unknown | $0.00 | | $0.00 | FA |
| 96 | Office supplies including paper, pens, etc. | Unknown | $0.00 | | $0.00 | FA |
| 97 | Supply Agreement as of February 27, 2019, amended July 22, 2109 by the Amendment to Supply Agreement, by and among Lightning Technologies, LLC and Ultimate Linings LLC | Unknown | $0.00 | | $0.00 | FA |
| 98 | Collective Value of Substantially All Assets of the Debtor Based on Asset Purchase Agreement between Trustee and Palltronics, Inc. with an Acceptance Date of March 4, 2021, subject to higher and better offers pursuant to the Sale Procedures Order (Docket No. 103). | $5,000,000.00 | $5,000,000.00 | | $5,000,000.00 | FA |
| **Asset Notes:** | Order Authorizing (I) The Sale of Substantially All of Debtor's Assets Pursuant to 11 U.S.C. 105, 363 and 365 entered on 5/13/21, docket #244. Order (I) Establishing Sale Procedures (II) Scheduling an Auction and a Sale Hearing in Connection with the Sale of Substantially all of Debtor's Assets Under 11 U.S.C. sections 105, 363, and 365 entered on 3/18/2021, docket #103. Motion to Sell Property Free and Clear of Lien under Section 363(f) filed on 3/9/2021, docket #65. | | | | | |
| 99 | Consumer Energy Refund (u) | $0.00 | $2,596.45 | | $2,596.45 | FA |
| 100 | Funds with Flagstar Bank (u) | $0.00 | $549.00 | | $549.71 | FA |
| 101 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Duplicate Asset | | | | | |
| 102 | Offal (Pallets of Wood) (u) | $0.00 | $5,480.00 | | $5,480.00 | FA |
| **Asset Notes:** | Report of Sale filed on 7/6/2021, docket #296. Order Granting Trustee's Ex-Parte Motion to Approve Sale entered on 6/23/2021, docket #280. Ex-Parte Motion to Sell Property filed on 6/22/2021, docket #279. | | | | | |
| 103 | Prepetition Insurance Policy Refund (u) | $0.00 | $2,261.07 | | $2,261.07 | FA |
| 104 | Offal (Pallets of Wood) Block (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Order Abandoning Block Offal P/O 6/28/2021, docket #288. Stipulation filed on 6/28/2021, docket #287. | | | | | |
| 105 | Offal (Pallets of Wood) Sheets that could not be removed on or before June 30, 2021. (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Order Abandoning Block Offal P/O 6/28/2021, docket #288. Stipulation filed on 6/28/2021, docket #287. | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| | $5,000,104.94 | $7,011,991.46 | $5,010,992.17 | $2,001,000.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| **Case No.:** | 21-41019 |
| **Case Name:** | LIGHTNING TECHNOLOGIES, INC. |
| **For the Period Ending:** | 12/31/2022 |

| | |
|---|---|
| **Trustee Name:** | Karen E. Evangelista |
| **Date Filed (f) or Converted (c):** | 02/05/2021 (f) |
| **§341(a) Meeting Date:** | 03/18/2021 |
| **Claims Bar Date:** | 05/24/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

12/02/2022    Trustee has closed on the sale of substantially all assets of the Debtor and received over $5 million from the primary sale plus the supplemental sale of Offal.  The Trustee has obtained a surcharge order and paid all landlord administrative expenses along with all professional fee applications approved to date.  Trustee with the assistance of counsel reviewed voluminous documents and discovery related to asserted liens against the sale proceeds. in the interim the Trustee, Fred Dery passed away and Karen Evangelista was appointed the Successor Trustee.  This did cause some delay in the case.  However, upon completion of this analysis, the Trustee and her counsel engaged in negotiations with the major secured creditor to resolve those liens. That negotiation and discussion resulted in mediation and the matter was resolved with them.  The payment was made to the major secured creditor. Trustee continues to gather information about the historical financial transactions of the Debtor to investigate potential Chapter 5 causes of action including hiring special counsel to determine if specific chapter 5 causes of action exist.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2022 | /s/ KAREN E. EVANGELISTA |
| **Current Projected Date Of Final Report (TFR):** | 06/30/2024 | KAREN E. EVANGELISTA |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 21-41019 |
| Case Name: | LIGHTNING TECHNOLOGIES, INC. |
| Primary Taxpayer ID #: | **-***1143 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 01/01/2022 |
| For Period Ending: | 12/31/2022 |

| | |
|---|---|
| Trustee Name: | Karen E. Evangelista |
| Bank Name: | Pinnacle Bank |
| Checking  Acct #: | ******0276 |
| Account Title: | Escrow Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/30/2021 | | Fred Dery | Funds Transferred to New Trustee | 9999-000 | $4,146,603.93 | | $4,146,603.93 |
| 06/28/2022 | 1001 | JAMS | Mediator for Trustee Fees P/O 6/24/2022. | 3721-000 | | $4,250.00 | $4,142,353.93 |
| 09/12/2022 | 1002 | JAMS | Mediator for Trustee Fees P/O 6/24/2022 (balance due) | 3721-000 | | $418.81 | $4,141,935.12 |
| 09/28/2022 | | Grow Michigan LLC | Wire transfer-Order Granting Chapter 7 Trustee's Motion for Authority to Settle with Grow Michigan, LLC P/O 461, docket #461. | 4210-000 | | $3,200,000.00 | $941,935.12 |
| 10/25/2022 | 1003 | Taunt Law Firm | Order Granting the Taunt Law Firm's Second Interim Application for Compensation P/O 10/25/2022, docket #476. | 3210-000 | | $259,351.05 | $682,584.07 |
| 10/25/2022 | 1004 | Taunt Law Firm | Order Granting the Taunt Law Firm's Second Interim Application for Expenses P/O 10/25/2022, docket #476. | 3220-000 | | $4,697.94 | $677,886.13 |
| 10/25/2022 | 1005 | Frederick J. Dery | Order Granting, on an Interim Basis, Second Request for Compensation for Frederick J. Dery, Chapter 7 Trustee P/O 10/25/2022, docket #477. | 2100-000 | | $101,244.97 | $576,641.16 |
| 10/25/2022 | 1006 | Mueller & Company, PC | Order Granting First Interim Fee Application of Accountant for the Trustee Fees P/O 10/25/2022, docket #478. | 3410-000 | | $17,646.50 | $558,994.66 |
| 10/25/2022 | 1007 | Mueller & Company, PC | Order Granting First Interim Fee Application of Accountant for the Trustee Expenses P/O 10/25/2022, docket #478. | 3420-000 | | $8.95 | $558,985.71 |

| | | |
|---|---|---|
| SUBTOTALS | $4,146,603.93 | $3,587,618.22 |

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 21-41019 | |
| **Case Name:** | LIGHTNING TECHNOLOGIES, INC. | |
| **Primary Taxpayer ID #:** | **-***1143 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 01/01/2022 | |
| **For Period Ending:** | 12/31/2022 | |

| | |
|---|---|
| **Trustee Name:** | Karen E. Evangelista |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0276 |
| **Account Title:** | Escrow Account |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | **TOTALS:** | | | $4,146,603.93 | $3,587,618.22 | $558,985.71 |
| | | **Less: Bank transfers/CDs** | | | $4,146,603.93 | $0.00 | |
| | | **Subtotal** | | | $0.00 | $3,587,618.22 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $0.00 | $3,587,618.22 | |

| **For the period of 01/01/2022 to 12/31/2022** | | **For the entire history of the account between 12/22/2021 to 12/31/2022** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $4,146,603.93 |
| | | | |
| Total Compensable Disbursements: | $3,587,618.22 | Total Compensable Disbursements: | $3,587,618.22 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,587,618.22 | Total Comp/Non Comp Disbursements | $3,587,618.22 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 21-41019 | |
| Case Name: | LIGHTNING TECHNOLOGIES, INC. | |
| Primary Taxpayer ID #: | **-***1143 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 01/01/2022 | |
| For Period Ending: | 12/31/2022 | |

| | |
|---|---|
| Trustee Name: | Karen E. Evangelista |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0278 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/30/2021 | | Fred Dery | Funds Transferred to New Trustee | 9999-000 | $4,527.05 | | $4,527.05 |
| 01/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $6.72 | $4,520.33 |
| 02/28/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $6.06 | $4,514.27 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $6.71 | $4,507.56 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $6.48 | $4,501.08 |
| 05/24/2022 | 5001 | INSURANCE PARTNERS | Chapter 7 Supplemental Bond | 2300-000 | | $1,256.00 | $3,245.08 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $6.62 | $3,238.46 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.65 | $3,233.81 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.80 | $3,229.01 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.79 | $3,224.22 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.63 | $3,219.59 |
| 10/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.63 | $3,214.96 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.62 | $3,210.34 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.77 | $3,205.57 |

| | | | |
|---|---|---|---|
| TOTALS: | $4,527.05 | $1,321.48 | $3,205.57 |
| Less: Bank transfers/CDs | $4,527.05 | $0.00 | |
| Subtotal | $0.00 | $1,321.48 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $1,321.48 | |

| For the period of 01/01/2022 to 12/31/2022 | | For the entire history of the account between 12/30/2021 to 12/31/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $4,527.05 |
| | | | |
| Total Compensable Disbursements: | $1,321.48 | Total Compensable Disbursements: | $1,321.48 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,321.48 | Total Comp/Non Comp Disbursements | $1,321.48 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 21-41019 | |
| Case Name: | LIGHTNING TECHNOLOGIES, INC. | |
| Primary Taxpayer ID #: | **-***1143 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 01/01/2022 | |
| For Period Ending: | 12/31/2022 | |

| | |
|---|---|
| Trustee Name: | Karen E. Evangelista |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0152 |
| Account Title: | Escrow Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/05/2021 | (98) | Palltronics Inc, | Order Authorizing (I) The Sale of Substantially All of Debtor's Assets Pursuant to 11 U.S.C. 105, 363 and 365 entered on 5/13/21, docket #244. Order (I) Establishing Sale Procedures (II) Scheduling an Auction and a Sale Hearing in Connection with the Sale of Substantially all of Debtor's Assets Under 11 U.S.C. sections 105, 363, and 365 P/O 3/18/2021, docket #103. | 1129-000 | $250,000.00 | | $250,000.00 |
| 05/27/2021 | (98) | Solyco, LLC | Order Authorizing (I) The Sale of Substantially All of Debtor's Assets Pursuant to 11 U.S.C. 105, 363 and 365 entered on 5/13/21, docket #244. Order (I) Establishing Sale Procedures (II) Scheduling an Auction and a Sale Hearing in Connection with the Sale of Substantially all of Debtor's Assets Under 11 U.S.C. sections 105, 363, and 365 P/O 3/18/2021, docket #103. | 1129-000 | $4,750,000.00 | | $5,000,000.00 |
| 05/27/2021 | (98) | Solyco, LLC | Deposited Twice in Error | 1129-000 | $4,750,000.00 | | $9,750,000.00 |
| 05/27/2021 | (98) | DEP REVERSE: Solyco, LLC | Deposited Twice in Error | 1129-000 | $4,750,000.00) | | $5,000,000.00 |
| 07/08/2021 | (102) | MM GROUP INCORPO | Order Granting Trustee's Ex-Parte Motion to Approve Sale of Disclaimed Offal Free and Clear of Liens P/O 6/23/2021, docket #280. | 1229-000 | $5,480.00 | | $5,005,480.00 |
| 07/12/2021 | 3001 | CRS Capstone Partners LLC | Financial Advisor to Trustee Fees P/O 7/9/21, docket #304. | 3731-420 | | $24,052.50 | $4,981,427.50 |
| 07/12/2021 | 3002 | Taunt Law Firm | Attorney For Trustee, First Interim Fees & Expenses P/O 7/9/21, docket #302. | * | | $338,062.09 | $4,643,365.41 |
| | | | Taunt Law Firm Fees ($323,563.50) | 3210-000 | | | $4,643,365.41 |
| | | | Taunt Law Firm Expenses ($14,498.59) | 3220-000 | | | $4,643,365.41 |
| 07/19/2021 | 3003 | Cincinnati Insurance Company | Insurance Premium Account # 1000488089 Policy # 0457091 | 2420-000 | | $52.00 | $4,643,313.41 |
| 07/19/2021 | 3003 | VOID: Cincinnati Insurance Company | Voided Check | 2420-003 | | ($52.00) | $4,643,365.41 |
| 08/16/2021 | 3004 | Thomas Development LLC | Payment of Administrative Claim P/O 7/22/21, docket #310. | 2990-000 | | $11,600.00 | $4,631,765.41 |

| | SUBTOTALS | $5,005,480.00 | $373,714.59 |
|---|---|---|---|

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 21-41019 | |
| Case Name: | LIGHTNING TECHNOLOGIES, INC. | |
| Primary Taxpayer ID #: | **-***1143 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 01/01/2022 | |
| For Period Ending: | 12/31/2022 | |

| | |
|---|---|
| Trustee Name: | Karen E. Evangelista |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0152 |
| Account Title: | Escrow Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/16/2021 | 3005 | Dems Associates LLC | Payment of Administrative Expense P/O 8/13/21, docket #316. | 2990-000 | | $155,000.00 | $4,476,765.41 |
| 08/16/2021 | 3006 | Ashley Orion Commerce Center, LLC | Payment of Administrative Expense P/O 8/13/21, docket #315. | 2990-000 | | $281,974.15 | $4,194,791.26 |
| 08/16/2021 | 3007 | DTE Energy | Payment of Utility Expense for 3558 Thomas Rd. P/O 8/13/21 | 2990-000 | | $280.50 | $4,194,510.76 |
| 08/16/2021 | 3008 | DTE Energy | Payment of Utility Expense for 2171 Xcelsior Dr. P/O 8/13/21 | 2990-000 | | $2,542.15 | $4,191,968.61 |
| 08/16/2021 | 3009 | Consumer Energy | Payment of Utility Expense for 3558 Thomas Rd. P/O 8/13/21 | 2990-000 | | $83.37 | $4,191,885.24 |
| 08/16/2021 | 3010 | Consumer Energy | Payment of Utility Expense for 2171 Excelsior Dr. P/O 8/13/21 | 2990-000 | | $45.30 | $4,191,839.94 |
| 09/13/2021 | 3011 | Frederick J. Dery | Trustee Interim Compensation and Expenses P/O 9/10/21, docket #324. | * | | $45,236.01 | $4,146,603.93 |
| | | | Trustee Compensation ($43,980.01) | 2100-000 | | | $4,146,603.93 |
| | | | Trustee Espenses ($1,256.00) | 2200-000 | | | $4,146,603.93 |
| 12/30/2021 | | KAREN E. EVANGELISTA | Funds Transferred to New Trustee | 9999-000 | | $4,146,603.93 | $0.00 |

| | | | |
|---|---|---|---|
| TOTALS: | $5,005,480.00 | $5,005,480.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $4,146,603.93 | |
| Subtotal | $5,005,480.00 | $858,876.07 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $5,005,480.00 | $858,876.07 | |

**For the period of 01/01/2022 to 12/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/03/2021 to 12/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $5,005,480.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,005,480.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $858,876.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $858,876.07 |
| Total Internal/Transfer Disbursements: | $4,146,603.93 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 21-41019 |
| Case Name: | LIGHTNING TECHNOLOGIES, INC. |
| Primary Taxpayer ID #: | **-***1143 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 01/01/2022 |
| For Period Ending: | 12/31/2022 |

| | |
|---|---|
| Trustee Name: | Karen E. Evangelista |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0158 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/13/2021 | (99) | Consumer Energy | Refund from Consumer Energy | 1290-000 | $2,596.45 | | $2,596.45 |
| 05/18/2021 | (100) | Flagstar Bank | Turnover of Funds | 1229-000 | $549.71 | | $3,146.16 |
| 05/18/2021 | 4001 | Consumers Energy | Consumer Energy Bill 4/6/21 thru 4/23/2021 Account # 1030 4093 7155 | 2420-000 | | $43.25 | $3,102.91 |
| 05/18/2021 | 4002 | Consumer Energy | Consumer Energy Bill for 3/25821 thru 4/23/21 Account # 1030 4093 7197 | 2420-000 | | $178.29 | $2,924.62 |
| 05/18/2021 | 4003 | DTE | DTE Bill 4/9/21 Thru 5/7/21 Account # 9200 258 0756 0 | 2990-000 | | $679.80 | $2,244.82 |
| 06/09/2021 | (6) | Cintas | Turnover of Funds | 1129-000 | $104.94 | | $2,349.76 |
| 06/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $3.33 | $2,346.43 |
| 07/19/2021 | 4004 | Cincinnati Insurance Company | Insurance Premium for Account # 1000488089 Police #0547091 | 2420-000 | | $52.00 | $2,294.43 |
| 07/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $3.46 | $2,290.97 |
| 08/16/2021 | (103) | Johnston Lewis Associates, Inc | Refund Payment from Johnston Lewis Associates, Inc. - Prepetition Insurance Policy Payment | 1229-000 | $2,261.07 | | $4,552.04 |
| 08/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $5.19 | $4,546.85 |
| 09/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $6.54 | $4,540.31 |
| 10/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $6.74 | $4,533.57 |
| 11/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $6.52 | $4,527.05 |
| 12/30/2021 | | KAREN E. EVANGELISTA | Funds Transferred to New Trustee | 9999-000 | | $4,527.05 | $0.00 |

| | | | |
|---|---|---|---|
| TOTALS: | $5,512.17 | $5,512.17 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $4,527.05 | |
| Subtotal | $5,512.17 | $985.12 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $5,512.17 | $985.12 | |

| For the period of 01/01/2022 to 12/31/2022 | | For the entire history of the account between 05/13/2021 to 12/31/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $5,512.17 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $5,512.17 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $985.12 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements | $985.12 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $4,527.05 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 21-41019 | |
| Case Name: | LIGHTNING TECHNOLOGIES, INC. | |
| Primary Taxpayer ID #: | **-***1143 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 01/01/2022 | |
| For Period Ending: | 12/31/2022 | |

| | |
|---|---|
| Trustee Name: | Karen E. Evangelista |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0158 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | 5,010,992.17 | $4,448,800.89 | $562,191.28 |

**For the period of 01/01/2022 to 12/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,588,939.70 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,588,939.70 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/13/2021 to 12/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $5,010,992.17 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,010,992.17 |
| Total Internal/Transfer Receipts: | $4,151,130.98 |
| | |
| Total Compensable Disbursements: | $4,448,800.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,448,800.89 |
| Total Internal/Transfer Disbursements: | $4,151,130.98 |

/s/ KAREN E. EVANGELISTA

KAREN E. EVANGELISTA