UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                             Case No. 21-41019

LIGHTNING TECHNOLOGIES, INC.,                      Chapter 7

            Debtor.                                Judge Thomas J. Tucker

_____/

## OPINION REGARDING THE MONETARY RELIEF PROVISIONS IN THE COURT'S CIVIL CONTEMPT ORDER AGAINST PALIOT SOLUTIONS, INC.

In the Court's Order filed on July 15, 2022 (Docket # 414, the "Contempt Order"),[1] the

Court granted the civil contempt motion filed by Palltronics, Inc., entitled "Palltronics Inc.'s

Motion to Enforce Sale Order and Finding of Civil Contempt Against Paliot Solutions LLC"

(Docket # 340, the "Motion" or the "Contempt Motion").[2]  PALIoT vigorously contested the

Motion.  The Contempt Order was entered after extensive litigation and discovery by the parties,

and two hearings.  The Contempt Order was entered for the reasons stated by the Court on the

record during the second hearing held on the Motion, and for the reasons stated later by the Court

in the Contempt Order itself.[3]

In the Contempt Order, the Court awarded, among other relief, certain attorney fees and

costs in favor of Palltronics and against PALIoT, and established a schedule for Palltronics to file

an itemization of its fees and costs, and for PALIoT to file any objections to the itemization.

---

[1]  The Contempt Order is published.  *See In re Lightning Technologies, Inc.*, 641 B.R. 872
(Bankr. E.D. Mich. 2022).

[2]  Capitalized terms not otherwise defined in this Opinion have the meanings ascribed to them in
the Motion.

[3]  *See* Tr. (Docket # 628) at pdf pp. 4-10; Contempt Order (Docket # 414).

The Contempt Order described the scope of the attorney fees and costs to be awarded in this way:

> Palltronics is awarded its reasonable attorneys' fees and costs related to or arising from the drafting, filing and prosecution of the Motion, which will include, but not be limited to, its reasonable fees and costs related to or arising from the discovery with LinkedIn.[4]

Palltronics filed its itemization of fees and costs, which contained certain redactions in the fee itemization based on claims of privilege (Docket # 416, the "Itemization"). PALIoT filed objections (Docket # 420, the "Objections"). With leave of Court, Palltronics filed a reply to PALIoT's objections (Docket # 464, the "Reply"). The Court then ordered Palltronics to file, under seal, an unredacted copy of its fee itemization, which Palltronics then did.[5]

The Court has carefully reviewed all of the foregoing papers filed by the parties, and the other parts of the record in this case that are relevant to the Motion. As explained below, the Court will sustain PALIoT's Objections in part, and overrule them in part. The Court now will quantify the fees to be awarded in favor of Palltronics and against PALIoT, as part of the relief being granted in favor of Palltronics on its Motion.

Palltronics seeks fees in the total amount of $97,810.70, and costs in the total amount of $1,029.40. PALIoT does not object to the costs itemization or amount, and the Court finds the itemized costs to be reasonable and within the scope of the Court's Contempt Order. So the Court will include such costs in the monetary relief it awards on Palltronics's Motion.

---

[4] Contempt Order (Docket # 414) at 4 ¶ 2.

[5] Docket ## 595, 596.

PALIoT does object to the fee amount itemized and requested by Palltronics, on several grounds. PALIoT contends that the fees awarded to Palltronics should be "less than $46,424.40"[6] — specifically, $45,395.00.[7]

The Court attaches to this Opinion a copy of the item-by-item objections made by PALIoT in its Objections, which was attached as Exhibit A to the Objections (Docket # 420-1). On the attached copy of PALIoT's itemized objections, the Court has made handwritten notations to indicate which of the objections are sustained ("S") and which are overruled ("O"), and the Court has crossed out fee items that the Court is disallowing as a result of sustaining objections.

After reducing the fees to reflect the sustained objections (which reduction totals $22,544.10), the Court calculates that the remaining fees total $75,266.60. The Court finds that these fees are reasonable and within the scope of the fees to be awarded, as defined in the Contempt Order.

The Court adds the following points.

**First**, the Court agrees, at least in part, with PALIoT's argument that at various times, the number of attorneys for Palltronics who worked on the Motion was excessive, such that not all of the attorney time is reasonable, for purposes of awarding fees under the Contempt Order. In its handwritten notations on the attached itemization, the Court has indicated which fees should be disallowed for this reason. The Court indicates this with the number "1" next to the "S" designation. The Court's approach to this objection is to allow fees for work on the Motion by no more than two attorneys, specifically, attorneys Marc Swanson and Steven Roach, and then

---

[6] *See* PALIoT Objections (Docket # 420) at pdf p. 5.

[7] *See* Ex. A to PALIoT Objections (Docket # 420-1) at pdf p. 16.

3

beginning with time entries starting on April 28, 2022, attorneys Marc Swanson and Ronald Spinner.[8]

In so ruling, the Court does not mean to minimize the value of the work done on the Motion by the other Palltronics attorneys. Nor does the Court mean to imply that the work done by the attorneys with disallowed time entries was not reasonable in the overall context of the larger and other disputes between Palltronics and PALIoT that existed at the time. Those other disputes were such that the number of attorneys working for Palltronics and the work they did may well have been reasonable in the larger context. For example, while the work on Palltronics's Motion was going on, and thereafter, Palltronics was preparing, filing, and litigating numerous claims against PALIoT other than just the claim involved in the Contempt Motion. Eventually, Palltronics filed suit against PALIoT, initially in this Court and later in the United States District Court, raising those many other claims. On June 23, 2022, Palltronics filed an adversary proceeding in this Court (Adv. No. 22-4114), which this Court eventually dismissed on abstention grounds.[9] This Court described Palltronics's claims in that case as follows:

> In filing this adversary proceeding on June 23, 2022, Palltronics filed a six-count complaint against PALIoT. The complaint alleges that PALIoT, having been unsuccessful in its efforts to buy the Debtor's Assets, stole some of the Assets that were sold to Palltronics under the Final APA and the Sale Order.

---

[8] It appears from the time entries that attorney Ronald Spinner first began working on the Motion on April 28, 2022. Attorney Steven Roach had worked on the Motion before that date, and although he also did a small amount of work on the Motion after that date, it appears from the time entries that attorney Ronald Spinner largely took over Steven Roach's role beginning on April 28, 2022. Attorney Marc Swanson worked on the Motion for the entire relevant time period, and he is the attorney who argued on behalf of Palltronics at the hearings held by the Court on the Motion.

[9] Palltronics then filed its lawsuit against PALIoT in the United States District Court, Case No. 2:22-cv-12854-DPH-CI, on November 23, 2022. That case remains pending.

4

Palltronics alleges that PALIoT stole the Debtor's Intellectual Property ("IP"), and the Debtor's confidential information, including proprietary information and trade secrets, in order "to set up a directly competing business to Palltronics" and to usurp any benefit Palltronics received in the bankruptcy process.

The complaint's six counts contain the following titles: Count I ("Declaratory Judgment Regarding Violation of the Sale Order"); Count II ("Misappropriation of Trade Secrets (Defend Trade Secret Act, 18 U.S.C. § 1836, *et seq.*)"); Count III ("Misappropriation (MCL 445.1901)"); Count IV ("Computer Fraud and Abuse Act (18 U.S.C. § 1030)"); Count V ("Unfair Competition (common law)"); and Count VI ("Intentional Interference with Prospective Economic Advantage").[10]

**Second**, PALIoT is correct, at least to some extent, in arguing that some of the fee time entries are for work done by Palltronics's attorneys on the larger and other claims that Palltronics made against PALIoT, described above, rather than on the Contempt Motion. The former type of work is outside the scope of the fees to be awarded under the Contempt Order. In its handwritten notations on the attached itemization, the Court has indicated which fees are being disallowed for this reason, with the number "2" next to the "S" designation. There were some time entries that included work subject to this objection, but that also included work within the scope of the Contempt Order. Some of those time entries "lumped" time together for both types of work under a single time entry, which makes it impossible for the Court to tell how much time was spent on work within the scope of the Contempt Order, as compared to work outside the scope of the Contempt Order. Such "lumped" time entries are disallowed for this reason, and designated "S-2*."

---

[10] "Opinion Regarding Defendant's Motion to Dismiss for Lack of Jurisdiction, or in the Alternative, for Abstention" (Docket # 81 in Adv. No. 22-4114) at 13-14 (footnote omitted). The opinion just cited is published. *See Palltronics, Inc. v. PALIoT Solutions, Inc.* (*In re Lightning Technologies, Inc.*), 647 B.R. 76, 88 (Bankr. E.D. Mich. 2022).

5

**Third**, with the exception of the objections the Court is sustaining, the Court rejects PALIoT's argument that the amount of time spent by Palltronics attorneys on the Motion, related briefs, discovery-related work, or other tasks in support of the Contempt Motion was excessive, and/or that the overall total of Palltronics's fees is excessive. The Court finds that it was not excessive, but rather was reasonable.

**Fourth**, the Court rejects PALIoT's argument that the Court should disallow fees for all time entries that contain any redactions. That is too harsh a remedy to address PALIoT's concern that the redactions may conceal objectionable time entries. To enable Palltronics to retain its claims of privilege, which the redactions sought to preserve, the Court required Palltronics to file its fee itemization in unredacted form under seal. The Court has reviewed all the redactions, *in camera*, and has determined which of the redacted time entries are objectionable and which are not, and has so indicated with the "O" and "S" designations.

**Fifth**, the Court agrees in part, and disagrees in part, with PALIoT's argument that numerous time entries reflect clerical tasks that are not properly billable as fees. PALIoT makes this argument about all of the time entries by Robin Wysocki, a paralegal, as well as several time entries of attorneys.

The parties agree that clerical work generally is not recoverable in a fee application. *See, e.g.*, *Vela v. City of Houston*, 276 F.3d 659, 681 (5th Cir. 2001) (citation omitted) ("Paralegal work can only be recovered as attorneys' fees if the work is legal rather than clerical."). But the parties disagree about whether the work at issue was clerical, rather than legal in nature.[11]

---

[11] *See* Objections (Docket # 420) at 4-5; Palltronics Reply (Docket # 464) at 9-10.

6

In its handwritten notations on the attached itemization, the Court has indicated which fees should be disallowed based on this "clerical work" objection, with the number "3" next to the "S" designation. Except as so designated, the Court finds that all the other work was not merely clerical work, but rather was work which was reasonable and properly billed as attorney work and as paralegal work.

Except to the extent the Court sustains PALIoT's objections by the "S" designation on the attached itemization, the Court overrules PALIoT's objections, and the Court finds that the work done by the attorneys and paralegal for Palltronics was reasonable and within the scope of compensable fees under the Contempt Order.[12]

For these reasons, the Court will enter a judgment requiring PALIoT to pay Palltronics a total of $76,296.00, consisting of fees in the amount of $75,266.60 plus costs in the amount of $1,029.40.

Signed on May 10, 2024

/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**

---

[12] The Court notes that PALIoT does not object to any of the hourly rates reflected in Palltronics's Itemization. In fact, PALIoT actually adopts those hourly rates, in its own calculation of the $45,395.00 total of fees that PALIoT asks the Court to award. In any event, the Court finds all of the hourly rates reflected in the Palltronics Itemization to be reasonable.

7

## FEES

| Date | Timekeeper | Description | Hours | Amount | Objection | Amount | |
|------|-----------|-------------|-------|--------|-----------|--------|---|
| 1/4/2022 | Gregory DeGrazia | Research employment record of Richard MacDonald; begin substantive revisions to demand letter to Paliot | 0.8 | $ 444.00 | Not related to motion | $ - | S-2 |
| 1/4/2022 | Steven Roach | EMails from Mr. Kassab and Mr. DiFiore. Attention to contempt motion and demand letter to Paliot. | 0.3 | $ 177.00 | Not related to motion | $ - | S-2* |
| 1/5/2022 | Marc Swanson | Reviewing letter and analyzing motion to enforce sale order. | 0.4 | $ 218.00 | | $ 218.00 | |
| 1/6/2022 | Gregory DeGrazia | Phone conference with client to discuss [REDACTED] | 0.4 | $ 222.00 | Redacted, not related to motion | $ - | S-2 |
| 1/6/2022 | Gregory DeGrazia | Phone conference with litigation team to discuss [REDACTED] | 0.6 | $ 333.00 | Redacted, not related to motion | $ - | S-1 |
| 1/6/2022 | Steven Roach | Strategize with Mr. Swanson and Mr. DeGrazia on plan of action against Paliot. Email with Mr. Kassab. Conference call with clients on Paliot issues. Revise Paliot demand letter. | 1.4 | $ 826.00 | Not related to motion | $ - | S-2* |
| 1/6/2022 | Marc Swanson | Reviewing and revising letter (.3); telephone conference with S. Roach and G. DeGrazia (.6). | 0.9 | $ 490.50 | Not related to motion | $ - | S-2 |
| 1/11/2022 | Robin Wysocki | Assisting M. Swanson in finding documents to draft motion to enforce against Paliot. | 0.7 | $ 187.60 | Administrative | $ - | O |
| 1/12/2022 | Gregory DeGrazia | Further review of PALIoT website and research Internet uses of "Lightning" relative to pallets; identify links to Lightning website and business directories referencing same in preparation for [REDACTED] | 1.8 | $ 999.00 | Redacted, not related to motion | $ - | S-1 / S-2* |
| 1/12/2022 | Gregory DeGrazia | Phone conference with client to discuss results of [REDACTED] | 0.3 | $ 166.50 | Redacted, not related to motion | $ - | O |
| 1/12/2022 | Gregory DeGrazia | Research remedies available for [REDACTED] | 3.1 | $ 1,720.50 | Redacted, not related to motion | $ - | S-2 |
| 1/13/2022 | Gregory DeGrazia | Phone conference with research associate to review [REDACTED] | 0.8 | $ 444.00 | Redacted, not related to motion | $ - | S-2 |
| 1/13/2022 | Gregory DeGrazia | Email litigation team with latest research relative to [REDACTED]; make final revision to letter and identify additional employees of Paliot and Lightning. | 0.7 | $ 388.50 | Redacted, not related to motion | $ - | S-2 |
| 1/13/2022 | Gregory DeGrazia | Further research into affiliated employees of Paliot and Lightning | 0.5 | $ 277.50 | Not related to motion | $ - | S-2 |

| Date | Name | Description | Hours | Amount | | Note | | Adjusted | |
|---|---|---|---|---|---|---|---|---|---|
| 1/13/2022 | Steven Roach | Review FRE and email from Luckey on injunctive language in the Sale Order. | 0.2 | $ | 118.00 | Not related to motion | $ | - | ○ |
| 1/13/2022 | Marc Swanson | Drafting motion for civil contempt and to enforce sale order; reviewing and analyzing related documents and emails | 3.6 | $ | 1,962.00 | | $ | 1,962.00 | |
| 1/13/2022 | Robin Wysocki | Assisting M. Swanson in finding documents to draft motion to enforce against Paliot. | 0.3 | $ | 80.40 | Administrative | $ | - | ○ |
| 1/14/2022 | Marc Swanson | Drafting motion for contempt and to enforce sale order. | 2.5 | $ | 1,362.50 | | $ | 1,362.50 | |
| 1/17/2022 | Marc Swanson | Drafting motion to enforce and for contempt. | 1.5 | $ | 817.50 | | $ | 817.50 | |
| 1/18/2022 | Marc Swanson | Drafting motion to enforce the sale order and for contempt. | 2.5 | $ | 1,362.50 | | $ | 1,362.50 | |
| 1/18/2022 | Robin Wysocki | Assisting M. Swanson in finding document needed to draft motion to enforce against Paliot. | 0.2 | $ | 53.60 | Administrative | | | ○ |
| 1/20/2022 | Jonathan Green | Conference with M. Swanson regarding Luckey exhibit [REDACTED] | 0.3 | $ | 202.50 | Redacted, not related to motion | $ | - | 5-1 |
| 1/20/2022 | Marc Swanson | Drafting motion to enforce sale order and for contempt. | 1.5 | $ | 817.50 | | $ | 817.50 | |
| 1/21/2022 | Jonathan Green | Review and revision of motion for contempt of sale order. | 0.3 | $ | 202.50 | | $ | 202.50 | 5-1 |
| 1/23/2022 | Marc Swanson | Drafting motion to enforce sale order and for contempt. | 1.6 | $ | 872.00 | | $ | 872.00 | |
| 1/24/2022 | Jonathan Green | Review and revise contempt motion papers against Paliot. | 2.8 | $ | 1,890.00 | Exceeds 13.5 hours on motion | | | 5-1 |
| 1/24/2022 | Jonathan Green | Review S. Roach's comments to draft contempt motion papers. | 0.2 | $ | 135.00 | Exceeds 13.5 hours on motion | | | 5-1 |
| 1/24/2022 | Steven Roach | Work on motion for contempt and for injunctive relief. | 0.5 | $ | 295.00 | Exceeds 13.5 hours on motion | | | ○ |
| 1/24/2022 | Marc Swanson | Drafting and revising motion to enforce. | 3.3 | $ | 1,798.50 | Exceeds 13.5 hours on motion | | | ○ |
| 1/25/2022 | Gregory DeGrazia | Video conference with litigation team to discuss motion for contempt of bankruptcy Sale Order. | 0.4 | No charge | | | | | |

| Date | Name | Description | Hours | | Amount | Reason | |
|---|---|---|---|---|---|---|---|
| 1/25/2022 | Jonathan Green | Review revised version of contempt motion papers. | 0.3 | | $202.50 | Exceeds 13.5 hours on motion | 5-1 |
| 1/25/2022 | Jonathan Green | Conference call with S. Roach and M. Swanson regarding contempt motion. | 0.3 No charge | $ | - | | |
| 1/25/2022 | Jonathan Green | Conference with M. Swanson regarding [REDACTED] and treatment of Luckey exhibit thereunder. | 0.2 No charge | $ | - | | |
| 1/25/2022 | Jonathan Green | Review MacDonald's certification regarding turnover of property. | 0.1 | $ | 67.50 | Exceeds 13.5 hours on motion | 5-1 |
| 1/25/2022 | Jonathan Green | Review and revise contempt motion papers. | 0.4 | $ | 270.00 | Exceeds 13.5 hours on motion | 5-1 |
| 1/25/2022 | Steven Roach | Work on motion for contempt. Review file regarding same. | 1.4 | $ | 826.00 | Exceeds 13.5 hours on motion | ◯ |
| 1/25/2022 | Marc Swanson | Telephone conference with Palltronics team regarding motion. | 0.3 | $ | 163.50 | Exceeds 13.5 hours on motion | ◯ |
| 1/25/2022 | Marc Swanson | Drafting and revising motion (1.1); meeting with J. Green regarding same (.2); related emails (.2). | 1.5 | $ | 817.50 | Exceeds 13.5 hours on motion | ◯ |
| 1/26/2022 | Gregory DeGrazia | Review Motion for Contempt; outline relevant [REDACTED]; email legal opinion to litigation team. | 1.2 | $ | 666.00 | Redacted, not related to motion | 5-2, 5-1 |
| 1/26/2022 | Gregory DeGrazia | Further research relative to [REDACTED] | 2.6 | $ | 1,443.00 | Redacted, not related to motion | 5-2, 5-1 |
| 1/26/2022 | Jonathan Green | Review and revise revised contempt motion papers. | 1.5 | $ | 1,012.50 | Exceeds 13.5 hours on motion | 5-1 |
| 1/26/2022 | Jonathan Green | Conference with M. Swanson regarding proposed revisions to contempt motion papers. | 0.2 | $ | 135.00 | Exceeds 13.5 hours on motion | 5-1 |
| 1/26/2022 | Jonathan Green | Review and revise further revised contempt motion papers. | 0.3 | $ | 202.50 | Exceeds 13.5 hours on motion | 5-1 |
| 1/26/2022 | Jonathan Green | Review S. Roach's proposed revisions to contempt motion papers. | 0.2 | $ | 135.00 | Exceeds 13.5 hours on motion | 5-1 |
| 1/26/2022 | Jonathan Green | Review G. DeGrazia's comments regarding [REDACTED] | 0.1 | $ | 67.50 | Exceeds 13.5 hours on motion | 5-2, 5-1 |
| 1/26/2022 | Jonathan Green | Conference with M. Swanson regarding [REDACTED] | 0.2 | $ | 135.00 | Exceeds 13.5 hours on motion | 5-2, 5-1 |

| Date | Name | Description | Hours | | Amount | Notes | | Amount | Handwritten |
|------|------|-------------|-------|---|--------|-------|---|--------|-------------|
| 1/26/2022 | Jonathan Green | Review and revise revised motion papers. | 0.3 | $ | 202.50 | Exceeds 13.5 hours on motion | | | 5-1 |
| 1/26/2022 | Steven Roach | Work on contempt motion. | 0.9 | $ | 531.00 | Exceeds 13.5 hours on motion | | | 0 |
| 1/26/2022 | Marc Swanson | Reviewing comments to motion, emails regarding same, and further revisions to motion. | 2.4 | $ | 1,308.00 | Exceeds 13.5 hours on motion | | | 0 |
| 1/28/2022 | Jonathan Green | Review revised contempt motion papers for filing. | 0.2 | $ | 135.00 | Exceeds 13.5 hours on motion | | | 5-1 |
| 1/28/2022 | Steven Roach | Email with Mr. Heiberger. Telephone conference with Mr. Kassab. Email with Mr. McDowell. Telephone conference with client team and IP team. Review and finalize motion to enforce. | 1.5 | $ | 885.00 | Not related to motion | | | 5-2 * |
| 1/28/2022 | Marc Swanson | Emails with Paliot's counsel regarding motion (.2); telephone conference with Palltronics team regarding motion and other subjects (.6); drafting new section of motion related to Paliot's past improprieties (.6); finalizing motion and preparing for filing (.6). | 2 | $ | 1,090.00 | | $ | 1,090.00 | |
| 1/28/2022 | Robin Wysocki | Assemble multiple exhibits and finalize and file motion to enforce sale order and for contempt against Paliot; arrange first class mail and email service. | 1.5 | $ | 402.00 | Administrative | | | 5-3 |
| 2/11/2022 | Jonathan Green | Review Paliot's response to motion to enforce sale order and for finding of civil contempt. | 0.3 | $ | 202.50 | | $ | 202.50 | 5-1 |
| 2/16/2022 | Steven Roach | Work on reply to Paliot. | 0.2 | $ | 118.00 | | $ | 118.00 | |
| 2/16/2022 | Marc Swanson | Reviewing response to motion to enforce sale order (.4); telephone conference regarding same with S. Roach (.2); emails regarding same (.1); outlining reply and declaration in support of reply (.6). | 1.3 | $ | 708.50 | | $ | 708.50 | |
| 2/17/2022 | Steven Roach | Telephone conference with Mr. Kassab. Attention to reply. Email with Mr. DiFiore. | 0.5 | $ | 295.00 | Not related to motion | | | 0 |
| 2/18/2022 | Jonathan Green | Conference with M. Swanson regarding reply regarding contempt motion. | 0.2 No charge | $ | - | | | | |
| 2/18/2022 | Marc Swanson | Reviewing and analyzing response and outlining declaration (.6); telephone conference with M. DiFiore (.2); drafting reply and declaration (.8). | 1.6 | $ | 872.00 | | $ | 872.00 | |

| Date/Name | Description | Hours | | Amount | | | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| 2/21/2022 Marc Swanson | Drafting reply and declaration. | 3.7 | $ | 2,016.50 | | | | $ | 2,016.50 |
| 2/22/2022 Gregory DeGrazia | Review Paliot response to motion for contempt; email opinion to litigation team. | 0.6 | $ | 333.00 | Unnecessary duplication, Not related to motion | | | | 5-/ |
| 2/22/2022 Jonathan Green | Review and revise reply to Paliot response and prepare memo of considerations for S. Roach and M. Swanson. | 1.2 | $ | 810.00 | Unnecessary duplication, Not related to motion | | | | 5-) |
| 2/22/2022 Jonathan Green | Conference with M. Swanson regarding revisions to reply. | 0.2 | $ | 135.00 | Unnecessary duplication. | | | | 5-/ |
| 2/22/2022 Jonathan Green | Review further revisions to reply to Paliot. | 0.2 | $ | 135.00 | Unnecessary duplication. | | | | 5-) |
| 2/22/2022 Jonathan Green | Conference with S. Roach regarding [REDACTED] | 0.2 No charge | $ | - | | | | | |
| 2/22/2022 Jonathan Green | Review and revise Fiore declaration. | 0.2 | $ | 135.00 | | | | $ | 135.00 5-/ |
| 2/22/2022 Steven Roach | Review and comment on reply to Palliot and declaration of DiFiore. | 0.2 | $ | 118.00 | Unnecessary duplication | | | | ⊘ |
| 2/22/2022 Marc Swanson | Drafting reply in support of motion to enforce and related declaration. | 1.9 | $ | 1,035.50 | | | | $ | 1,035.50 |
| 2/22/2022 Marc Swanson | Reviewing J. Green's comments and writing reply email (.3); telephone conference with Trustee's counsel, D. Nelson, regarding LinkedIn site (.2); email regarding same (.1); additional revisions to declaration and reply (.5). | 1.1 | $ | 599.50 | | | | $ | 599.50 |
| 2/23/2022 Marc Swanson | Reviewing changes to declaration (.2); telephone conference with M. DiFiore (.1); revising declaration and email regarding same (.2). | 0.5 | $ | 272.50 | | | | $ | 272.50 |
| 2/24/2022 Jonathan Green | Review revised reply brief to PALIoT. | 0.2 | $ | 135.00 | Unnecessary duplication | | | | 5-1 |
| 2/24/2022 Marc Swanson | Finalizing and preparing for filing the reply in support of motion to enforce the sale order and for contempt. | 0.6 | $ | 327.00 | Administrative | | | | ⊘ |
| 2/24/2022 Robin Wysocki | Finalize and file reply to response to Palltronics Inc.'s Reply in Support of Its Motion to Enforce Sale Order and Finding of Civil Contempt Against PALIoT Solutions LLC. | 0.6 | $ | 160.80 | Administrative | | | | 5-3 |
| 3/1/2022 Steven Roach | Prepare for hearing on Paliot motion. | 0.2 | $ | 118.00 | Unnecessary | | | | ⊘ |

| Date/Attorney | Description | Hours | | Amount | Note | Amount |
|---|---|---|---|---|---|---|
| 3/1/2022 Marc Swanson | Preparing for hearing on motion against Paliot and related research in preparation for hearing. | 2.5 | $ | 1,362.50 | | $ 1,362.50 |
| 3/2/2022 Steven Roach | Attend hearing. Consult with Mr. Swanson on next steps. Call to Mr. Kassab. | 1 | $ | 590.00 | Unnecessary duplication | |
| 3/2/2022 Marc Swanson | Preparation for (1.1) and participation in court hearing regarding Paliot (.7); reviewing order regarding discovery and subject matter jurisdiction and related transcript (.5); outlining subpoena topics (.3). | 2.6 | $ | 1,417.00 | | $ 1,417.00 |
| 3/4/2022 Marc Swanson | Preparation for (.3) and participation in telephone conference with M. DiFiore and S. Roach regarding subpoena (.4). | 0.7 | $ | 381.50 | | $ 381.50 |
| 3/7/2022 Marc Swanson | Telephone conference with PC Magic, S. Roach and M. DiFiore (.4); drafting subpoena (1.1). | 1.5 | $ | 817.50 | | $ 817.50 |
| 3/9/2022 Steven Roach | Attention to status of subpoena to LinkedIn. | 0.1 No charge | $ | - | | |
| 3/9/2022 Robin Wysocki | Work on drafting subpoena form and cover letter for discovery to LinkedIn Corporation and research related to LinkedIn's requirements for service and questions related to domestication in California. | 1.7 | | $455.60 | Administrative | |
| 3/10/2022 Robin Wysocki | Make preliminary arrangements for service of subpoena on Palltronics and make revisions to subpoena form and cover letter. | 0.4 | $ | 107.20 | Administrative | |
| 3/11/2022 Robin Wysocki | Prepare preliminary draft of addendum to subpoena to LinkedIn. | 0.5 | | $134.00 | Administrative | |
| 3/14/2022 Marc Swanson | Drafting subpoena. | 0.8 | $ | 436.00 | Exceeds 1 hour in preparing subpoenaa | |
| 3/17/2022 Steven Roach | Review and revise subpoena. | 0.2 | $ | 118.00 | Exceeds 1 hour in preparing subpoena | |
| 3/17/2022 Marc Swanson | Finalizing subpoena and emails regarding same. | 0.4 | $ | 218.00 | Exceeds 1 hour in preparing subpoenaa | |
| 3/18/2022 Marc Swanson | Editing and finalizing subpoena. | 0.4 | $ | 218.00 | Exceeds 1 hour in preparing subpoenaa | |

| Date | Name | Description | Hours | Amount | | Adjusted | Notes | |
|---|---|---|---|---|---|---|---|---|
| 3/18/2022 | Robin Wysocki | Finalize subpoena and cover letter to LinkedIn and arrange service on registered agent in California. | 1.2 | $ | 321.60 | | Administrative | ⵔ |
| 3/21/2022 | Marc Swanson | Emails regarding subpoena with opposing counsel and R. Wysocki. | 0.2 | $ | 109.00 | | Exceeds 1 hour in preparing subpoenaa | ⵔ |
| 3/23/2022 | Marc Swanson | Reviewing notice of subpoena and certificate of service for filing with the court. | 0.2 | $ | 109.00 | | Administrative | ⵔ |
| 3/23/2022 | Robin Wysocki | Draft notice of served subpoena on LinkedIn; serve notice on counsel for Paliot and file notice with court. | 1.0 | $ | 268.00 | | Administrative | ⵔ |
| 4/2/2022 | Marc Swanson | Reviewing subpoena, response and next steps. | 0.5 | $ | 272.50 | $ 272.50 | | |
| 4/4/2022 | Marc Swanson | Preparation for telephone conference with LinkedIn through review of response and cited cases and law (.6); telephone conference with LinkedIn (.5). | 1.1 | $ | 599.50 | $ 599.50 | | |
| 4/18/2022 | Jonathan Green | Review final sale order for jurisdiction conference. | 0.3 No charge | $ | - | | | |
| 4/18/2022 | Jonathan Green | Conference with M. Swanson regarding [REDACTED] | 0.2 No charge | $ | - | | | S-1 |
| 4/19/2022 | Jonathan Green | Review Judge Tucker's prior jurisdictional decisions. | 1.4 | $945.00 | | $ 945.00 | | S-1 |
| 4/19/2022 | Jonathan Green | Review M. Swanson's [REDACTED] | 0.2 | $ | 135.00 | | Redacted, not related to motion | S-1 |
| 4/19/2022 | Garrett Hondorp | Stage new data to network. Create and configure Relativity database. Inventory, process, and publish new files for review. | 0.2 | $ | 49.00 | | Not related to motion | S-2, S-3 |
| 4/19/2022 | Robin Wysocki | Make arrangements to have documents produced by LinkedIn Corporation uploaded to litigation file database. | 0.2 | $ | 53.60 | | Administrative | S-3 |
| 4/21/2022 | Jonathan Green | Conference with M. Swanson regarding j[REDACTED] | 0.2 No charge | $ | - | | | |
| 4/21/2022 | Marc Swanson | Researching issue regarding [REDACTED] (1.2); telephone conference with J. Green regarding same (.2). | 1.4 | $ | 763.00 | | Redacted, not related to motion | ⵔ |
| 4/22/2022 | Jonathan Green | Conference with M. Swanson regarding [REDACTED] | 0.2 No charge | $ | - | | | |

| Date | Name | Description | Hours | Amount | | Amount | Notes | |
|---|---|---|---|---|---|---|---|---|
| 4/22/2022 | Steven Roach | Strategy calls on enforcing the Sale Order as to Paliot and to obtain the information from LinkedIn. Email with Mr. Swanson on discovery issues. Telephone conference with Mr. Kassab. | 1.4 | $ | 840.00 | | Unnecessary duplication, Not related to motion | O |
| 4/22/2022 | Marc Swanson | Several emails regarding nondisclosure agreements, LinkedIn subpoena and other related issues. | 0.4 | | $218.00 | | Not related to motion | O |
| 4/25/2022 | Jonathan Green | Review LinkedIn supplemental production. | 0.2 | $ | 135.00 | $ | 135.00 | S-1 |
| 4/25/2022 | Marc Swanson | Emails with LinkedIn (.2); telephone conference with LinkedIn (.2); reviewing discovery (.4); related emails (.4). | 1.2 | $ | 654.00 | $ | 654.00 | |
| 4/27/2022 | Steven Roach | Research [REDACTED] | 0.2 | $ | 120.00 | | Redacted, not related to motion | O |
| 4/28/2022 | Ronald Spinner | Call with Marc Swanson to outline issue and discuss needed discovery. | 0.2 No charge | $ | - | | | |
| 4/28/2022 | Ronald Spinner | Review motion, response, and reply with respect to LinkedIn page issue. | 0.6 | $ | 306.00 | | Unnecessary duplication | O |
| 4/28/2022 | Ronald Spinner | Review LinkedIn production and related emails forwarded by Marc Swanson. | 0.2 | $ | 102.00 | | Unnecessary duplication | O |
| 4/28/2022 | Ronald Spinner | Begin production of exhibits from LinkedIn spreadsheet. | 0.4 | $ | 204.00 | | Unnecessary duplication | O |
| 4/28/2022 | Marc Swanson | Emails regarding Stuve and MacDonald (.2); outlining motion for additional discovery (.5); telephone conference with R. Spinner regarding same (.2). | 0.9 | $ | 490.50 | $ | 49.50 | |
| 4/29/2022 | Ronald Spinner | Begin drafting motion for discovery based on LinkedIn production. | 1.1 | $ | 561.00 | $ | 561.00 | |
| 5/2/2022 | Jonathan Green | Review LinkedIn in discovery stipulation and order. | 0.1 | $ | 67.50 | | Unnecessary duplication | S-1 |
| 5/2/2022 | Ronald Spinner | Complete draft of ex parte motion to examine MacDonald and Stuve and prepare exhibits. | 3.6 | $ | 1,836.00 | $ | 1,836.00 | |
| 5/2/2022 | Robin Wysocki | Prepare draft of stipulation and proposed order for extension of time to complete discovery from LinkedIn. | 0.8 | $ | 214.40 | | Administrative | O |
| 5/2/2022 | Robin Wysocki | Finalize and stipulation and proposed order for extension of time to complete discovery from LinkedIn. | 0.4 | $ | 107.20 | | Administrative | O |

| Date | Name | Description | Hours | | Amount | Notes | | | Mark |
|------|------|-------------|-------|--|--------|-------|--|--|------|
| 5/2/2022 | Robin Wysocki | Locate and obtain [REDACTED] on motion to enforce sale order. | 0.2 No charge | $ | - | | | | |
| 5/3/2022 | Ronald Spinner | Call with Marc Swanson regarding [REDACTED] | 0.2 No charge | $ | - | | | | |
| 5/3/2022 | Ronald Spinner | Review and revise motion for discovery for Stuve. | 2.8 | $ | 1,428.00 | Excessive hours for discovery motion (already 4.7 hours) | | | ◯ |
| 5/3/2022 | Ronald Spinner | Research whether [REDACTED] | 1.8 | $ | 918.00 | Redacted, not related to motion | | | ◯ |
| 5/3/2022 | Ronald Spinner | Draft motion to seek discovery from Richard MacDonald. | 1.5 | $ | 765.00 | Excessive hours for discovery motion (already 4.7 hours) | | | ◯ |
| 5/3/2022 | Ronald Spinner | Review and revise ex parte motion for authorization for discovery, send to Marc Swanson. | 0.7 | $ | 357.00 | Excessive hours for discovery motion (already 4.7 hours) | | | ◯ |
| 5/5/2022 | Ronald Spinner | Revise motion for Stuve discovery to incorporate comments. | 1.5 | $ | 765.00 | Excessive hours for discovery motion (already 4.7 hours) | | | ◯ |
| 5/5/2022 | Marc Swanson | Drafting supplement and discovery motion. | 2.2 | $ | 1,199.00 | Excessive hours for discovery motion (already 4.7 hours) | | | ◯ |
| 5/6/2022 | Ronald Spinner | Call with Marc Swanson to discuss questions regarding [REDACTED] | 0.1 No charge | $ | - | | | | |
| 5/6/2022 | Ronald Spinner | Revise motion for Stuve discovery to incorporate additional comments from Marc Swanson. | 1.8 | $ | 918.00 | Excessive hours for discovery motion (already 4.7 hours) | | | ◯ |
| 5/6/2022 | Marc Swanson | Drafting supplement in support of motion to enforce against Paliot. | 5.6 | $ | 3,052.00 | | $ | 3,052.00 | |
| 5/7/2022 | Jonathan Green | Review and revise supplement to motion to enforce. | 0.6 | $ | 405.00 | | $ | 405.00 | 5-1 |
| 5/7/2022 | Jacob Koering | Receive and review updates from client and team on motion to enforce and status; confer with team on same; | 0.5 | $ | 305.00 | Unnecessary duplication, Not related to motion | | | 5-1, 5-2 |

| Date | Name | Description | Hours | Amount | | Adjusted | Notes | Mark |
|------|------|-------------|-------|--------|---|----------|-------|------|
| 5/7/2022 | Steven Roach | Review and revise supplemental brief on theft of the LinkedIn page and motion for examination of Stuve. | 0.9 | $ | 540.00 | | Unnecessary duplication | O |
| 5/8/2022 | Jonathan Green | Review and further revise the supplemental response to Paliot. | 0.3 | $ | 202.50 | | Unnecessary duplication | 5-1 |
| 5/8/2022 | Marc Swanson | Reviewing comments and revising brief. | 0.9 | $ | 490.50 | $ 490.50 | | |
| 5/9/2022 | Jonathan Green | Review comments to supplement regarding Paliot. | 0.2 | $ | 135.00 | | Unnecessary duplication | 5-1 |
| 5/9/2022 | Jonathan Green | Conference with M. Swanson regarding [REDACTED] | 0.2 | $ | 135.00 | | Redacted, not related to motion | 5-1, 5-2 |
| 5/9/2022 | Jonathan Green | Review final version of supplement regarding Paliot. | 0.2 | $ | 135.00 | | Unnecessary duplication | 5-1 |
| 5/9/2022 | Jonathan Green | Review LinkedIn declaration for supplement. | 0.2 | $ | 135.00 | | Unnecessary duplication | 5-1 |
| 5/9/2022 | Jonathan Green | Review Paliot's supplemental response to motion to enforce. | 0.3 | $ | 202.50 | $ 202.50 | | 5-1 |
| 5/9/2022 | Jonathan Green | Conference with M. Swanson regarding Paliot's response and counterarguments and temporal nature of response. | 0.3 | $ | 202.50 | $ 202.50 | | 5-1 |
| 5/9/2022 | Jonathan Green | Review Ex Parte Motion for Examination of Trevor Stuve Under Federal Rule of Bankruptcy Procedure 9014 and Local Rule 7026-3 8. | 0.2 | $ | 135.00 | | Execessive hours for discovery motion (already 4.7 hours) | 5-1 |
| 5/9/2022 | Steven Roach | Attention to filing on LinkedIn. Review Paliot response. | 0.3 | $ | 180.00 | | Unnecessary duplication | O |
| 5/9/2022 | Ronald Spinner | Revise exhibits for filing. | 0.4 | $ | 204.00 | | Administrative | O |
| 5/9/2022 | Ronald Spinner | Adjust formatting on Change List exhibit to ensure LinkedIn links function. | 0.2 | $ | 102.00 | | Administrative | O |
| 5/9/2022 | Marc Swanson | Finalizing brief and reviewing brief filed by PALIoT. | 0.9 | $ | 490.50 | $ 490.50 | | |
| 5/9/2022 | Robin Wysocki | Finalize with exhibits and file with court: Ex Parte motion for leave to conduct examination of Trevor Stuve and supplemental brief in support of motion to enforce sale order against PaLIot. | 1.6 | $ | 428.80 | | Administrative | 5-3 |

| Date | Name | Description | Hours | | Amount | Notes | | | |
|------|------|-------------|-------|--|--------|-------|--|--|--|
| 5/10/2022 | Ronald Spinner | Draft subpoenas and discovery requests for Trevor Stuve. | 3.3 | $ | 1,683.00 | Excessive time for subpoena | $ | 500.00 | 0 |
| 5/10/2022 | Ronald Spinner | Work on locating Trevor Stuve for subpoena service. | 0.5 | $ | 255.00 | Administrative | | | 0 |
| 5/10/2022 | Marc Swanson | Reviewing and revising subpoena and document production requests to T. Stuve (.5); reviewing order on discovery and drafting email regarding same (.2). | 0.7 | $ | 381.50 | | $ | 381.50 | |
| 5/11/2022 | Jonathan Green | Review addendum to T. Stuve subpoena and additional comments. | 0.2 | $ | 135.00 | Unnecessary duplication | | | 5-1 |
| 5/11/2022 | Steven Roach | Review and comment on Stuve subpoena and production requests. | 0.2 | $ | 120.00 | Unecessary duplication | | | 5-1 |
| 5/11/2022 | Ronald Spinner | Revise subpoena and discovery to incorporate comments. | 0.4 | $ | 204.00 | Unecessary duplication | | | 0 |
| 5/11/2022 | Ronald Spinner | Revise subpoena addendum to incorporate comments and add additional communications parties. | 1.4 | $ | 714.00 | Unnecessary duplication, and excessive time for subpoena, (already 3.3 hours) | | | 0 |
| 5/11/2022 | Ronald Spinner | Final revisions to subpoena addendum and work to line up process server, court reporter, and deposition space. | 0.7 | $ | 357.00 | Unnecessary duplication, and excessive time for subpoena, (already 3.3 hours) | | | 0 |
| 5/12/2022 | Ronald Spinner | Finalize subpoenas for service. | 0.4 | $ | 204.00 | Excessive time for subpoena | | | 0 |
| 5/12/2022 | Marc Swanson | Preparation for hearing on motion to enforce plan. | 0.7 | $ | 381.50 | | $ | 381.50 | |
| 5/12/2022 | Robin Wysocki | Research to confirm best choice of residence address for service of subpoenas on Trevor Stuve; calculate witness fee to be tendered for attendance at deposition; finalize subpoenas; arrange process server and court reporter and assist with finalizing related details. | 2 | $ | 536.00 | Administrative | | | 0 |
| 5/13/2022 | Steven Roach | Attention to MacDonald deposition. | 0.2 No charge | $ | - | | | | |

| Date | Name | Description | Hours | Amount | | Category | | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/19/2022 | Ronald Spinner | Work on service issue with respect to Stuve document subpoena. | 0.3 | $ | 153.00 | Administrative | | |
| 5/20/2022 | Ronald Spinner | Review issues with respect to subpoena service and direct next steps to correct. | 0.3 | $ | 153.00 | Administrative | | |
| 5/20/2022 | Marc Swanson | Reviewing emails regarding service issues on subpoenas. | 0.2 | $ | 109.00 | Administrative | | |
| 5/22/2022 | Marc Swanson | Emails regarding service of subpoenas on T. Steve and need to file notices of service. | 0.2 | $ | 109.00 | Administrative | | |
| 5/23/2022 | Ronald Spinner | Review and comment on draft subpoena proofs of service. | 0.2 | $ | 102.00 | Excessive time for subpoena | | |
| 5/23/2022 | Ronald Spinner | Call with Robin Wysocki to address proof of service questions. | 0.2 No charge | $ | - | | | |
| 5/23/2022 | Ronald Spinner | Review further revisions to proofs of service and approve. | 0.1 No charge | $ | - | | | |
| 5/23/2022 | Robin Wysocki | Continued work with Fortz Legal and receipt of executed proofs of service for Stuve subpoenas. | 1.9 | $ | 509.20 | Administrative | | |
| 5/24/2022 | Ronald Spinner | Review and approve notice of subpoena service. | 0.1 | $ | 51.00 | | $ | 51.00 |
| 5/24/2022 | Robin Wysocki | Prepare Notice of Served Subpoenas with exhibits for filing with court. | 0.3 | $ | 80.40 | Administrative | | |
| 5/25/2022 | Robin Wysocki | File Notice of Served Subpoenas with court. | 0.3 | $ | 80.40 | Administrative | | |
| 5/27/2022 | Steven Roach | Review Stuve documents. | 0.1 | $ | 60.00 | | $ | 60.00 |
| 5/27/2022 | Marc Swanson | Briefly reviewing documents produced by Stuve. | 0.2 | $ | 109.00 | | $ | 109.00 |
| 5/30/2022 | Marc Swanson | Reviewing documents produced by Stuve and preparing for deposition. | 2.6 | $ | 1,417.00 | | $ | 1,417.00 |
| 5/31/2022 | Ronald Spinner | Call with Marc Swanson to discuss deposition of Trevor Stuve. | 0.2 | $ | 102.00 | Unnecessary duplication | | |
| 5/31/2022 | Ronald Spinner | Plan next steps with respect to Stuve deposition. | 0.2 | $ | 102.00 | Unecessary duplication | | |

S-3

| Date | Name | Description | Hours | Amount | | Note | | Total |
|---|---|---|---|---|---|---|---|---|
| 5/31/2022 | Ronald Spinner | Draft and file notice of deposition of Trevor Stuve. | 0.7 | $ | 357.00 | | $ | 357.00 |
| 5/31/2022 | Ronald Spinner | Service of notice of deposition and associated documents on PALIoT counsel. | 0.1 | $ | 51.00 | | $ | 51.00 |
| 5/31/2022 | Ronald Spinner | Draft and file certificate of service regarding service of notice of subpoena and related documents. | 0.4 | $ | 204.00 | | $ | 204.00 |
| 5/31/2022 | Marc Swanson | Preparing for deposition of Stuve. | 1.1 | $ | 599.50 | | $ | 599.50 |
| 5/31/2022 | Robin Wysocki | Make updates to attorney binder of court papers related to motion to enforce against PaLIot. | 0.5 | $ | 134.00 | Administrative | | | S - 3 |
| 5/31/2022 | Robin Wysocki | Assemble documents to be used as exhibits for Trevor Stuve deposition and arrange printing as assembly of binders and draft index of all exhibits. | 2.6 | $ | 696.80 | Administrative | | | S - 3 |
| 6/1/2022 | Marc Swanson | Preparing for deposition of Stuve. | 1.5 | $ | 817.50 | | $ | 817.50 |
| 6/2/2022 | Steven Roach | Telephone conference with Mr. Swanson on Stuve deposition (no charge). | 0.2 No charge | $ | - | | | |
| 6/2/2022 | Marc Swanson | Preparation for deposition of Stuve (1.6); deposition of Stuve (3.0). | 4.6 | $ | 2,507.00 | | $ | 2,507.00 |
| 6/28/2022 | Marc Swanson | Preparation for hearing on motion for contempt through review of deposition testimony, exhibits, motion to enforce, response, reply, and supplements and exhibits thereto and cases cited therein. | 5.7 | $ | 3,106.50 | | $ | 3,106.50 |
| 6/29/2022 | Ronald Spinner | Discuss outcome of hearing and plan next steps with respect to judge's ruling and briefs due with Marc Swanson and Steve Roach | 0.8 | $ | 408.00 | Unecessary duplication | | |
| 6/29/2022 | Marc Swanson | Preparation for hearing on motion to enforce (1.3); hearing on motion to enforce (1.0); meeting with S. Roach and J. Koering and client after hearing (.8); reviewing order regarding subject matter jurisdiction and related cases (.8). | 3.9 | $ | 2,125.50 | Partially unrelated to motion | $ | 1,250.00 |
| 6/29/2022 | Robin Wysocki | Submit proposed order requested by court at hearing held today. (no charge) | 0.4 No charge | $ | - | | | |
| 7/1/2022 | Ronald Spinner | Review court hearing regarding contempt motion in connection with drafting brief on subject matter | 0.8 | $ | 408.00 | | $ | 408.00 |

| Date | Name | Description | Hours | Amount | | Amount | Notes |
|---|---|---|---|---|---|---|---|
| 7/1/2022 | Ronald Spinner | Review cases cited by Judge Tucker in his opinion and cases referenced therein regarding subject matter jurisdiction for a bankruptcy court to enforce its own | 1.4 | $ 714.00 | | $ 714.00 | |
| 7/5/2022 | Marc Swanson | Telephone conference with R. Spinner regarding [REDACTED] | 0.2 No charge | $ - | | | |
| 7/5/2022 | Ronald Spinner | Plan next steps with respect to subject matter jurisdiction arguments for contempt motion and adversary proceeding | 0.3 No charge | $ - | | | |
| 7/6/2022 | Marc Swanson | Meeting with R. Spinner regarding subject matter jurisdiction (.3); reviewing brief filed by Paliot (.2); emails with S. Roach regarding same (.2); reviewing response prepared by R. Spinner regarding subject matter jurisdiction (.3). | 1 | $ 545.00 | | $ 545.00 | |
| 7/6/2022 | Ronald Spinner | Review PALIoT response brief to contempt motion | 0.2 | $ 102.00 | | $ 102.00 | |
| 7/6/2022 | Ronald Spinner | Plan next steps for response to PALIoT on contempt motion with Marc Swanson | 0.2 | $ 102.00 | | $ 102.00 | |
| 7/6/2022 | Ronald Spinner | Research and draft short response brief to PALIoT motion on subject matter jurisdiction and circulate for comments | 4.3 | $ 2,193.00 | | $ 2,193.00 | |
| 7/10/2022 | Steven Roach | Work on response brief on subject matter jurisdiction. | 0.5 | $ 300.00 | Unecessary duplication | | 5-1 |
| 7/10/2022 | Marc Swanson | Drafting and revising supplemental brief against Paliot regarding subject matter jurisdiction. | 1.2 | $ 654.00 | Unecessary duplication | | 0 |
| 7/10/2022 | Ronald Spinner | Review comments to response to supplemental brief (contempt) | 0.4 | $ 204.00 | Unecessary duplication | | 0 |
| 7/11/2022 | Marc Swanson | Reviewing and revising brief on subject matter jurisdiction; reading cases cited therein and additional research | 2.6 | $ 1,417.00 | Unecessary duplication | | 0 |
| 7/12/2022 | Jonathan Green | Conference with S. Roach regarding revisions to brief. | 0.2 | $ 135.00 | Unecessary duplication | | 5-1 |
| 7/12/2022 | Jonathan Green | Review revised brief and conference with M. Swanson regarding same. | 0.2 | $ 135.00 | Unecessary duplication | | 5-1 |
| 7/12/2022 | Jonathan Green | Review response brief regarding subject matter jurisdiction regarding motion to enforce sale order. | 0.2 | $ 135.00 | Unecessary duplication | | 5-1 |
| 7/12/2022 | Robin Wysocki | Finalize and file reply in support of motion to enforce and submit proposed order. | 0.7 | $ 187.60 | Administrative | | 5-3 |

| Date | Name | Description | Hours | Amount | Note | | |
|------|------|-------------|-------|--------|------|---|---|
| 7/12/2022 | Marc Swanson | Revising and finalizing briefs regarding subject matter jurisdiction. | 2.5 | $ 1,362.50 | Unecessary duplication | | |
| 7/12/2022 | Ronald Spinner | Work on final revisions to supplemental brief on subject matter jurisdiction for contempt motion | 0.4 | $ 204.00 | Unecessary duplication | | |
| 7/12/2022 | Ronald Spinner | Call with Marc Swanson regarding final changes to reply to response to contempt motion and regarding name changes for PALIoT | 0.2 No charge | $ - | | | |
| 7/26/2022 | Ronald Spinner | Prepare spreadsheet of fees and costs from invoices and WIP from January 1, 2022, and forward | 4.4 | $ 2,244.00 | Partially excessive | $ 1,000.00 | |

**Total Fees**                                       **$ 95,855.60**                      $   45,395.00

Total Costs (from other                                   $1,029.40                       $    1,029.40

**Total Fees and Costs**                              **$98,840.10**                     $   46,424.40